UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF CALIFORNIA, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., <br><br> *Defendants*, | Case No.: 1:25-cv-12118 |

**PROOF OF SERVICE OF SUMMONS AND COMPLAINT**

As reflected in the attached affidavits, Plaintiffs have served the United States of America in accordance with Fed. R. Civ. P. 4(i)(1) and have served Defendants Robert F. Kennedy, Jr., in his official capacity as Secretary of Health and Human Services, Mehmet Oz, in his official capacity as Administrator for the Centers for Medicare and Medicaid Services, United States Department of Health and Human Services, and United States Centers for Medicare and Medicaid Services in accordance with Fed. R. Civ. P. 4(i)(2).

Accordingly, all Defendants have been served with a Summons and copy of the Complaint.

2

Dated:  August 25, 2025                                Respectfully submitted,

                                                                                                                                                                                                                                                                                                                                                                      

ROB BONTA
Attorney General of California

<u>/s/ *Karli Eisenberg*</u>
Karli Eisenberg
Supervising Deputy Attorney General
Office of the Attorney General
1300 I Street
Sacramento, CA 94814
Karli.Eisenberg@doj.ca.gov
*Counsel for the State of California*

SA2024305047
39264061.docx