**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| State of California, et al., *Plaintiffs,* v. U.S. Department of Health and Human Services, et al., *Defendants.* | CA No.: 1:25-cv-12118 |

**PLAINTIFF STATES' MOTION FOR A PRELIMINARY INJUNCTION**

Pursuant to Rule 65(a) of the Federal Rules of Civil Procedure, Plaintiffs hereby move this Court to preliminarily enjoin Defendants from implementing or enforcing Section 71113 of the "One Big Beautiful Bill" or "federal budget bill," Pub. L. No. 119-21, § 44126, 138 Stat. 482 (2025), as against Plaintiffs, pending a final ruling on the merits of this case.  The grounds for this motion are set forth in Plaintiffs' accompanying memorandum of law in support of their motion, and the challenged provision is set forth in the proposed order attached as an exhibit to this motion.

SA2025303982

Date:  September 24, 2025

**ANDREA JOY CAMPBELL**
Attorney General
Commonwealth of Massachusetts

*/s/ Allyson Slater*
ALLYSON SLATER (BBO No. 704545)
*Director, Reproductive Justice Unit*
MORGAN CARMEN (BBO No. Pending)
*Assistant Attorney General*
Office of the Attorney General
One Ashburton Place, 20th Floor
Boston, MA 02108
(617) 963-2811
Allyson.slater@mass.gov
*Attorneys for Plaintiff Commonwealth of Massachusetts*

Respectfully Submitted,

**ROB BONTA**
Attorney General
State of California

*/s/ Erica Connolly*
ERICA CONNOLLY*
Deputy Attorney General
NELI PALMA*
Senior Assistant Attorney General
KARLI EISENBERG*
Supervising Deputy Attorney General
1300 I Street
Sacramento, CA 95814
(916) 210-7755
Erica.Connolly@doj.ca.gov
*Attorneys for Plaintiff State of California*

1

| | |
|---|---|
| **LETITIA JAMES** <br> Attorney General <br> State of New York <br><br> /s/ *Galen Sherwin* <br> GALEN SHERWIN* <br> Special Counsel for Reproductive Justice <br> RABIA MUQADDAM* <br> Chief Counsel for Federal Initiatives <br> COLLEEN K. FAHERTY* <br> Special Trial Counsel <br> IVAN NEVADO* <br> Assistant Attorney General <br> 28 Liberty Street <br> New York, NY 10005 <br> (212) 416-8059 <br> Galen.Sherwin@ag.ny.gov; <br> *Attorneys for Plaintiff State of New York* | **WILLIAM TONG** <br> Attorney General <br> State of Connecticut <br><br> /s/ *Alma Nunley* <br> ALMA NUNLEY* <br> Special Counsel for Reproductive Rights <br> JANELLE R. MEDEIROS* <br> Special Counsel for Civil Rights <br> 165 Capitol Ave <br> Hartford, CT 06106 <br> (860) 808-5020 <br> Alma.Nunley@ct.gov <br> Janelle.Medeiros@ct.gov <br> *Attorneys for Plaintiff State of Connecticut* |
| **KATHLEEN JENNINGS** <br> Attorney General <br> State of Delaware <br><br> By: /s/ *Vanessa L. Kassab* <br> VANESSA L. KASSAB* <br> Deputy Attorney General <br> IAN R. LISTON* <br> Director of Impact Litigation <br> JENNIFER KATE AARONSON* <br> Deputy Attorney General <br> Delaware Department of Justice <br> 820 N. French Street <br> Wilmington, DE 19801 <br> 302-683-8803 <br> Jennifer.Aaronson@delaware.gov <br> *Attorneys for Plaintiff State of Delaware* | **PHILIP J. WEISER** <br> Attorney General <br> State of Colorado <br><br> /s/ *Nora Q.E. Passamaneck* <br> NORA Q.E. PASSAMANECK* <br> Senior Assistant Attorney General <br> Colorado Department of Law <br> 1300 Broadway, 10th Floor <br> Denver, CO 80203 <br> Phone: (720) 508-6000 <br> nora.passamaneck@coag.gov <br> *Attorneys for Plaintiff State of Colorado* |

<div style="display: flex;">
<div>

**BRIAN L. SCHWALB**
Attorney General
District of Columbia

*/s/ Nicole S. Hill*
NICOLE S. HILL*
Assistant Attorney General
Office of the Attorney General for the District of Columbia
400 Sixth Street, NW
Washington, D.C. 20001
(202) 727-4171
nicole.hill@dc.gov
*Attorneys for Plaintiff District of Columbia*

</div>
<div>

**ANNE E. LOPEZ**
Attorney General
State of Hawaiʻi

*/s/ Kalikoʻonālani D. Fernandes*
KALIKOʻONĀLANI D. FERNANDES*
Solicitor General
DAVID D. DAY*
Special Assistant to the Attorney General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
kaliko.d.fernandes@hawaii.gov
*Attorneys for Plaintiff State of Hawaiʻi*

</div>
</div>

**KWAME RAOUL**
Attorney General
State of Illinois

*/s/ Caitlyn G. McEllis*
CAITLYN G. MCELLIS*
Senior Policy Counsel
ELIZABETH MORRIS*
Deputy Bureau Chief, Special Litigation Bureau
SARAH J. GALLO*
Assistant Attorney General
Office of the Illinois Attorney General
115 S. Lasalle Street
Chicago, IL 60603
312-814-3000
Caitlyn.McEllis@ilag.gov
Elizabeth.Morris@ilag.gov
Sarah.Gallo@ilag.gov
*Attorneys for Plaintiff State of Illinois*

**AARON M. FREY**
Attorney General
State of Maine

*/s/ Halliday Moncure*
HALLIDAY MONCURE*
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta, ME 04333-0006
Tel.: 207-626-8800
halliday.moncure@maine.gov
*Attorneys for Plaintiff State of Maine*

3

<table>
<tr><td>

**ANTHONY G. BROWN**
Attorney General
State of Maryland

*/s/ James C. Luh*
JAMES C. LUH*
Senior Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
410-576-6411
jluh@oag.state.md.us
*Attorneys for Plaintiff State of Maryland*

</td><td>

**DANA NESSEL**
Attorney General
State of Michigan

*/s/ Kyla Barranco*
KYLA BARRANCO*
NEIL GIOVANATTI*
Assistant Attorneys General
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
BarrancoK@michigan.gov
GiovanattiN@michigan.gov
*Attorneys for Plaintiff State of Michigan*

</td></tr>
<tr><td>

**KEITH ELLISON**
Attorney General
State of Minnesota

*/s/ Katherine J. Bies*
KATHERINE J. BIES*
Special Counsel, Rule of Law
445 Minnesota Street, Suite 600
St. Paul, Minnesota, 55101
(651) 300-0917
Katherine.Bies@ag.state.mn.us
*Attorneys for Plaintiff State of Minnesota*

</td><td>

**MATTHEW J. PLATKIN**
Attorney General
State of New Jersey

*/s/ Jessica L. Palmer*
JESSICA L. PALMER*
ELIZABETH R. WALSH*
Deputy Attorneys General
Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
(609) 696-5279
Jessica.Palmer@law.njoag.gov
Elizabeth.Walsh@law.njoag.gov
*Attorneys for Plaintiff State of New Jersey*

</td></tr>
</table>

| | |
|---|---|
| **RAÚL TORREZ** <br> Attorney General <br> State of New Mexico <br><br> */s/ Amy Senier* <br> AMY SENIER <br> Senior Counsel <br> New Mexico Department of Justice <br> P.O. Drawer 1508 <br> Santa Fe, NM 87504-1508 <br> (505) 490-4060 <br> asenier@nmdoj.gov <br> *Attorneys for Plaintiff State of New Mexico* | **AARON D. FORD** <br> Attorney General <br> State of Nevada <br><br> */s/ Heidi Parry Stern* <br> HEIDI PARRY STERN* (Bar. No. 8873) <br> Solicitor General <br> Office of the Nevada Attorney General <br> 1 State of Nevada Way, Suite 100 <br> Las Vegas, NV 89119 <br> HStern@ag.nv.gov <br> *Attorneys for Plaintiff State of Nevada* |
| **JEFF JACKSON** <br> Attorney General <br> State of North Carolina <br><br> */s/ Marc D. Brunton* <br> MARC D. BRUNTON* <br> Assistant Deputy Attorney General <br> LAURA HOWARD* <br> Chief Deputy Attorney General <br> North Carolina Department of Justice <br> PO Box 629 <br> Raleigh, NC 27602 <br> (919) 716-0151 <br> mbrunton@ncdoj.gov <br> *Attorneys for Plaintiff State of North Carolina* | **DAN RAYFIELD** <br> Attorney General <br> State of Oregon <br><br> */s/ Christina L. Beatty-Walters* <br> CHRISTINA L. BEATTY-WALTERS* <br> Senior Assistant Attorney General <br> KATE E. MORROW <br> Assistant Attorney General <br> 100 SW Market Street <br> Portland, OR 97201 <br> (971) 673-1880 <br> Tina.BeattyWalters@doj.oregon.gov <br> Kate.E.Morrow@doj.oregon.gov <br> *Attorneys for Plaintiff State of Oregon* |

| | |
|---|---|
| **JOSH SHAPIRO,**<br>in his official capacity as Governor of the Commonwealth of Pennsylvania<br><br>*/s/ Michael J. Fischer*<br>MICHAEL J. FISCHER⸸<br>Executive Deputy General Counsel<br>JENNIFER SELBER⸸<br>General Counsel<br>JONATHAN D. KOLTASH⸸<br>Deputy General Counsel for Healthcare<br>Pennsylvania Office of the Governor<br>30 N. 3rd St., Suite 200<br>Harrisburg, PA 17101<br>(717) 831-2847<br>mjfischer@pa.gov<br>*Attorneys for Plaintiff Governor Josh Shapiro* | **PETER F. NERONHA**<br>Attorney General<br>State of Rhode Island<br><br>*/s/ Dorothea R. Lindquist*<br>DOROTHEA R. LINDQUIST*<br>(RI Bar No. 6661)<br>Special Assistant Attorney General<br>150 South Main Street<br>Providence, RI 02903<br>(401) 274-4400, Ext. 2098<br>dlindquist@riag.ri.gov<br>*Attorneys for the Plaintiff State of Rhode Island* |
| **CHARITY R. CLARK**<br>Attorney General<br>State of Vermont<br><br>*/s/ Jonathan T. Rose*<br>JONATHAN T. ROSE*<br>Solicitor General<br>109 State Street<br>Montpelier, VT 05609<br>(802) 828-3171<br>jonathan.rose@vermont.gov<br>*Attorneys for Plaintiff State of Vermont* | **NICHOLAS W. BROWN**<br>Attorney General<br>State of Washington<br><br>*/s/ Lauryn K. Fraas*<br>LAURYN K. FRAAS* WSBA #53238<br>WILLIAM MCGINTY* WSBA #41868<br>Assistant Attorneys General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104-3188<br>(206) 464-7744<br>Lauryn.Fraas@atg.wa.gov<br>William.McGinty@atg.wa.gov<br>*Attorneys for Plaintiff State of Washington* |

6

**JOSHUA L. KAUL**
Attorney General
State of Wisconsin

*/s/ Faye B. Hipsman*
FAYE B. HIPSMAN*
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
608-264-9487
faye.hipsman@wisdoj.gov
*Attorneys for Plaintiff State of Wisconsin*


*\*Admitted Pro Hac Vice*

*‡ Application for pro hac vice admission forthcoming*

**LOCAL RULE 7.1 CERTIFICATE**

      I certify that on September 23, 2025 at 10:26 a.m. PDT, I contacted Diane Kelleher, Director, Federal Programs Branch, U.S. Department of Justice (diane.kelleher@usdoj.gov), Rayford Farquhar, Chief, Defensive Litigation, Civil Division, U.S. Attorney's Office for the District of Massachusetts (rayford.farquhar@usdoj.gov), Abraham George (abraham.george@usdoj.gov), and Brad Rosenberg (brad.rosenberg@usdoj.gov) by email in an attempt to meet and confer regarding the foregoing request for relief. Elizabeth J. Neylan with the Civil Division – Federal Programs Branch responded on behalf of Defendants. Plaintiffs and Defendants have met and conferred in good faith and have been unable to resolve or narrow the subject of this Motion.

By: */s/ Erica Connolly*
ERICA CONNOLLY*
*Deputy Attorney General*
Office of the Attorney General
1300 I Street, Suite 125
Sacramento, CA 95814
Telephone: (916) 210-7755
Email: Erica.Connolly@doj.ca.gov

*Counsel for State of California*

## CERTIFICATE OF SERVICE

      I, Erica Connolly, certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

By: */s/ Erica Connolly*
ERICA CONNOLLY*
*Deputy Attorney General*
Office of the Attorney General
1300 I Street, Suite 125
Sacramento, CA 95814
Telephone: (916) 210-7755
Email: Erica.Connolly@doj.ca.gov

*Counsel for State of California*

Exhibit : Proposed Order

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| State of California, et al. ,<br><br>*Plaintiffs,*<br><br>v.<br><br>U.S. Department of Health and Human Services, et al.,<br><br>*Defendants.* | CA No.: 1:25-cv-12118 |

**[PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION**

Pursuant to Rule 65(a) of the Federal Rules of Civil Procedure, and upon consideration of Plaintiffs' Motion for a Preliminary Injunction, and the parties' briefing thereon, it is hereby **ORDERED** that the motion is **GRANTED**; and it is further **ORDERED** that Defendants are preliminarily **ENJOINED** from implementing and enforcing Section 71113 of the "One Big Beautiful Bill" or "budget reconciliation bill," Pub. L. No. 119-21, § 44126, 138 Stat. 482 (2025) ("Section 71113"), as against the Plaintiff States, pending a final ruling on the merits of this case.

1

As grounds for this order, the Court finds that the Plaintiff States are likely to succeed on the merits of their claims; that Section 71113 is causing Plaintiff States ongoing and irreparable harm which is likely to continue if the order is not granted; and that the public interest and balance of equities weigh in favor of granting preliminary relief and postponing the effective date of Section 71113 against the Plaintiff States.

This Order shall remain in effect unless and until modified by the Court.

**SO ORDERED** this ___ day of _____, 2025

_____
By: Hon. Indira Talwani
United States District Judge