Exhibit : Proposed Order

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| State of California, et al.,<br><br>   *Plaintiffs,*<br><br>  v.<br><br>U.S. Department of Health and Human Services, et al.,<br><br>   *Defendants.* | CA No.: 1:25-cv-12118 |

**[PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION**

Pursuant to Rule 65(a) of the Federal Rules of Civil Procedure, and upon consideration of Plaintiffs' Motion for a Preliminary Injunction, and the parties' briefing thereon, it is hereby **ORDERED** that the motion is **GRANTED**; and it is further **ORDERED** that Defendants are preliminarily **ENJOINED** from implementing and enforcing Section 71113 of the "One Big Beautiful Bill" or "budget reconciliation bill," Pub. L. No. 119-21, § 44126, 138 Stat. 482 (2025) ("Section 71113"), as against the Plaintiff States, pending a final ruling on the merits of this case.

2

As grounds for this order, the Court finds that the Plaintiff States are likely to succeed on the merits of their claims; that Section 71113 is causing Plaintiff States ongoing and irreparable harm which is likely to continue if the order is not granted; and that the public interest and balance of equities weigh in favor of granting preliminary relief and postponing the effective date of Section 71113 against the Plaintiff States.

This Order shall remain in effect unless and until modified by the Court.

**SO ORDERED** this ___ day of _____, 2025

_____
By: Hon. Indira Talwani
United States District Judge