UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

State of California, et al. ,

    *Plaintiffs,*

  v.

U.S. Department of Health and Human Services, et al.,

    *Defendants.*

CA No.: 1:25cv12118

**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs, the State of California, et al., request that the Court take judicial notice, pursuant to Rule 201 of the Federal Rules of Evidence, of the documents referenced below, which are submitted as exhibits to Plaintiffs' Preliminary Injunction Motion.

Ex. 1   Declaration of Kimberly Custer, *Planned Parenthood Fed'n of Am., Inc. v. Kennedy*, Case No. 1:25-CV-11913-IT, ECF No. 5-1 (D. Mass. July 7, 2025). A true and correct copy of the declaration is attached hereto as Exhibit 1.

Ex. 2   Declaration of Dominique Lee, *Planned Parenthood Fed'n of Am., Inc. v. Kennedy*, Case No. 1:25-CV-11913-IT, ECF No. 5-2 (D. Mass. July 7, 2025). A true and correct copy of the declaration is attached hereto as Exhibit 2.

Ex. 3   Declaration of Jenna Tosh, *Planned Parenthood Fed'n of Am., Inc. v. Kennedy*, Case No. 1:25-CV-11913-IT, ECF No. 5-4 (D. Mass. July 7, 2025). A true and correct copy of the declaration is attached hereto as Exhibit 3.

Ex. 4   U.S. Gov't Accountability Off., GAO-20-571R, Medicaid: Primer on Financing Arrangements (2020), https://www.gao.gov/assets/gao-20-571r.pdf. A true and correct copy of this report is attached hereto as Exhibit 4.

Ex. 5   Declaration of Evelyn Kieltyka, *The Family Planning Association of Maine v. United States Department of Health and Human Services et. al*., Case No. 1:25-cv-00364-LEW, ECF No. 5-2 (D. Me. July 16, 2025). A true and correct copy of this declaration is attached hereto as Exhibit 5.

Ex. 6   National Center for Chronic Disease Prevention and Health Promotion, Health and Economic Benefits of Breast Cancer Interventions (Aug. 15, 2025), https://www.cdc.gov/nccdphp/priorities/breast-cancer.html. A true and correct copy of this report is attached hereto as Exhibit 6.

| | |
|---|---|
| Ex. 7 | National Center for Chronic Disease Prevention and Health Promotion, Health and Economic Benefits of Cervical Cancer Interventions (Aug. 15, 2025), https://www.cdc.gov/nccdphp/priorities/cervical-cancer.html. A true and correct copy of this report is attached hereto as Exhibit 7. |

Judicial notice is appropriate where a fact is not subject to reasonable dispute because it "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). Judicial notice by a court is mandatory "if a party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(c)(2).

Judicial notice of Exhibits 1 through 7 is appropriate because these documents were either filed in federal court or published on a Government website, and as such are not subject to reasonable dispute and are "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b); *see Rodrique v. Hearst Commc'ns, Inc.*, 126 F.4th 85, 93 n.3 (1st Cir. 2025) ("We can take judicial notice of what information was available on government websites at a particular time."); *Medtronic Med. CR SRL v. Feliciano-Soto*, 59 F.4th 51, 53 n.2 (1st Cir. 2023) ("It is well-accepted that federal courts may take judicial notice of proceedings in other courts if those proceedings have relevance to the matters at hand.") (citation modified); *In re Papatones,* 143 F.3d 623, 624 n.3 (1st Cir. 1998) ("The court may take judicial notice of its own orders and of records in a case before the court, and of documents filed in another court.") (citation modified); *see also Gent v. CUNA Mut. Ins. Soc'y*, 611 F.3d 79, 84 n.5 (1st Cir. 2010) (taking "judicial notice of the relevant facts provided on the [Center for Disease Control's] website, which are 'not subject to reasonable dispute.'").

## CONCLUSION

The Plaintiffs respectfully requests that the Court take judicial notice of the above referenced documents and further, that the Court consider the above referenced documents in connection with the Plaintiffs' Preliminary Injunction Motion.

SA2025303982

| | |
|---|---|
| Date: September 24, 2025 | Respectfully Submitted, |
| **ANDREA JOY CAMPBELL**<br>Attorney General<br>Commonwealth of Massachusetts | **ROB BONTA**<br>Attorney General<br>State of California |
| */s/ Allyson Slater*<br>ALLYSON SLATER (BBO No. 704545)<br>*Director, Reproductive Justice Unit*<br>MORGAN CARMEN (BBO No. Pending)<br>*Assistant Attorney General*<br>Office of the Attorney General<br>One Ashburton Place, 20th Floor<br>Boston, MA 02108<br>(617) 963-2811<br>Allyson.slater@mass.gov<br>*Attorneys for Plaintiff Commonwealth of Massachusetts* | */s/ Erica Connolly*<br>ERICA CONNOLLY*<br>Deputy Attorney General<br>NELI PALMA*<br>Senior Assistant Attorney General<br>KARLI EISENBERG*<br>Supervising Deputy Attorney General<br>1300 I Street<br>Sacramento, CA 95814<br>(916) 210-7755<br>Erica.Connolly@doj.ca.gov<br>*Attorneys for Plaintiff State of California* |

| | |
|---|---|
| **LETITIA JAMES**<br>Attorney General<br>State of New York<br><br>/s/ *Galen Sherwin*<br>GALEN SHERWIN*<br>Special Counsel for Reproductive Justice<br>RABIA MUQADDAM*<br>Chief Counsel for Federal Initiatives<br>COLLEEN K. FAHERTY*<br>Special Trial Counsel<br>IVAN NEVADO*<br>Assistant Attorney General<br>28 Liberty Street<br>New York, NY 10005<br>(212) 416-8059<br>Galen.Sherwin@ag.ny.gov;<br>*Attorneys for Plaintiff State of New York* | **WILLIAM TONG**<br>Attorney General<br>State of Connecticut<br><br>/s/ *Alma Nunley*<br>ALMA NUNLEY*<br>Special Counsel for Reproductive Rights<br>JANELLE R. MEDEIROS*<br>Special Counsel for Civil Rights<br>165 Capitol Ave<br>Hartford, CT 06106<br>(860) 808-5020<br>Alma.Nunley@ct.gov<br>Janelle.Medeiros@ct.gov<br>*Attorneys for Plaintiff State of Connecticut* |
| **KATHLEEN JENNINGS**<br>Attorney General<br>State of Delaware<br><br>By: /s/ *Vanessa L. Kassab*<br>VANESSA L. KASSAB*<br>Deputy Attorney General<br>IAN R. LISTON*<br>Director of Impact Litigation<br>JENNIFER KATE AARONSON*<br>Deputy Attorney General<br>Delaware Department of Justice<br>820 N. French Street<br>Wilmington, DE 19801<br>302-683-8803<br>Jennifer.Aaronson@delaware.gov<br>*Attorneys for Plaintiff State of Delaware* | **PHILIP J. WEISER**<br>Attorney General<br>State of Colorado<br><br>/s/ *Nora Q.E. Passamaneck*<br>NORA Q.E. PASSAMANECK*<br>Senior Assistant Attorney General<br>Colorado Department of Law<br>1300 Broadway, 10th Floor<br>Denver, CO 80203<br>Phone: (720) 508-6000<br>nora.passamaneck@coag.gov<br>*Attorneys for Plaintiff State of Colorado* |

5

**BRIAN L. SCHWALB**
Attorney General
District of Columbia

*/s/ Nicole S. Hill*
NICOLE S. HILL*
Assistant Attorney General
Office of the Attorney General for the District of Columbia
400 Sixth Street, NW
Washington, D.C. 20001
(202) 727-4171
nicole.hill@dc.gov
*Attorneys for Plaintiff District of Columbia*

**ANNE E. LOPEZ**
Attorney General
State of Hawaiʻi

*/s/ Kalikoʻonālani D. Fernandes*
KALIKOʻONĀLANI D. FERNANDES*
Solicitor General
DAVID D. DAY*
Special Assistant to the Attorney General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
kaliko.d.fernandes@hawaii.gov
*Attorneys for Plaintiff State of Hawaiʻi*

**KWAME RAOUL**
Attorney General
State of Illinois

*/s/ Caitlyn G. McEllis*
CAITLYN G. MCELLIS*
Senior Policy Counsel
ELIZABETH MORRIS*
Deputy Bureau Chief, Special Litigation Bureau
SARAH J. GALLO*
Assistant Attorney General
Office of the Illinois Attorney General
115 S. Lasalle Street
Chicago, IL 60603
312-814-3000
Caitlyn.McEllis@ilag.gov
Elizabeth.Morris@ilag.gov
Sarah.Gallo@ilag.gov
*Attorneys for Plaintiff State of Illinois*

**AARON M. FREY**
Attorney General
State of Maine

*/s/ Halliday Moncure*
HALLIDAY MONCURE*
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta, ME  04333-0006
Tel.: 207-626-8800
halliday.moncure@maine.gov
*Attorneys for Plaintiff State of Maine*

6

<table>
<tr><td>

**ANTHONY G. BROWN**
Attorney General
State of Maryland

*/s/ James C. Luh*
JAMES C. LUH*
Senior Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
410-576-6411
jluh@oag.state.md.us
*Attorneys for Plaintiff State of Maryland*

</td><td>

**DANA NESSEL**
Attorney General
State of Michigan

*/s/ Kyla Barranco*
KYLA BARRANCO*
NEIL GIOVANATTI*
Assistant Attorneys General
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
BarrancoK@michigan.gov
GiovanattiN@michigan.gov
*Attorneys for Plaintiff State of Michigan*

</td></tr>
<tr><td>

**KEITH ELLISON**
Attorney General
State of Minnesota

*/s/ Katherine J. Bies*
KATHERINE J. BIES*
Special Counsel, Rule of Law
445 Minnesota Street, Suite 600
St. Paul, Minnesota, 55101
(651) 300-0917
Katherine.Bies@ag.state.mn.us
*Attorneys for Plaintiff State of Minnesota*

</td><td>

**MATTHEW J. PLATKIN**
Attorney General
State of New Jersey

*/s/ Jessica L. Palmer*
JESSICA L. PALMER*
ELIZABETH R. WALSH*
Deputy Attorneys General
Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
(609) 696-5279
Jessica.Palmer@law.njoag.gov
Elizabeth.Walsh@law.njoag.gov
*Attorneys for Plaintiff State of New Jersey*

</td></tr>
</table>

| | |
|---|---|
| **RAÚL TORREZ** <br> Attorney General <br> State of New Mexico <br><br> */s/ Amy Senier* <br> AMY SENIER <br> Senior Counsel <br> New Mexico Department of Justice <br> P.O. Drawer 1508 <br> Santa Fe, NM 87504-1508 <br> (505) 490-4060 <br> asenier@nmdoj.gov <br> *Attorneys for Plaintiff State of New Mexico* | **AARON D. FORD** <br> Attorney General <br> State of Nevada <br><br> */s/ Heidi Parry Stern* <br> HEIDI PARRY STERN* (Bar. No. 8873) <br> Solicitor General <br> Office of the Nevada Attorney General <br> 1 State of Nevada Way, Suite 100 <br> Las Vegas, NV 89119 <br> HStern@ag.nv.gov <br> *Attorneys for Plaintiff State of Nevada* |
| **JEFF JACKSON** <br> Attorney General <br> State of North Carolina <br><br> */s/ Marc D. Brunton* <br> MARC D. BRUNTON* <br> Assistant Deputy Attorney General <br> LAURA HOWARD* <br> Chief Deputy Attorney General <br> North Carolina Department of Justice <br> PO Box 629 <br> Raleigh, NC 27602 <br> (919) 716-0151 <br> mbrunton@ncdoj.gov <br> *Attorneys for Plaintiff State of North Carolina* | **DAN RAYFIELD** <br> Attorney General <br> State of Oregon <br><br> */s/ Christina L. Beatty-Walters* <br> CHRISTINA L. BEATTY-WALTERS* <br> Senior Assistant Attorney General <br> KATE E. MORROW <br> Assistant Attorney General <br> 100 SW Market Street <br> Portland, OR 97201 <br> (971) 673-1880 <br> Tina.BeattyWalters@doj.oregon.gov <br> Kate.E.Morrow@doj.oregon.gov <br> *Attorneys for Plaintiff State of Oregon* |

**JOSH SHAPIRO,**
in his official capacity as Governor of the Commonwealth of Pennsylvania

*/s/ Michael J. Fischer*
MICHAEL J. FISCHER⸸
Executive Deputy General Counsel
JENNIFER SELBER⸸
General Counsel
JONATHAN D. KOLTASH⸸
Deputy General Counsel for Healthcare
Pennsylvania Office of the Governor
30 N. 3rd St., Suite 200
Harrisburg, PA 17101
(717) 831-2847
mjfischer@pa.gov
*Attorneys for Plaintiff Governor Josh Shapiro*

**PETER F. NERONHA**
Attorney General
State of Rhode Island

*/s/ Dorothea R. Lindquist*
DOROTHEA R. LINDQUIST*
(RI Bar No. 6661)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400, Ext. 2098
dlindquist@riag.ri.gov
*Attorneys for the Plaintiff State of Rhode Island*

**CHARITY R. CLARK**
Attorney General
State of Vermont

*/s/ Jonathan T. Rose*
JONATHAN T. ROSE*
Solicitor General
109 State Street
Montpelier, VT 05609
(802) 828-3171
jonathan.rose@vermont.gov
*Attorneys for Plaintiff State of Vermont*

**NICHOLAS W. BROWN**
Attorney General
State of Washington

*/s/ Lauryn K. Fraas*
LAURYN K. FRAAS* WSBA #53238
WILLIAM MCGINTY* WSBA #41868
Assistant Attorneys General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744
Lauryn.Fraas@atg.wa.gov
William.McGinty@atg.wa.gov
*Attorneys for Plaintiff State of Washington*

9

**JOSHUA L. KAUL**
Attorney General
State of Wisconsin

*/s/ Faye B. Hipsman*
FAYE B. HIPSMAN*
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
608-264-9487
faye.hipsman@wisdoj.gov
*Attorneys for Plaintiff State of Wisconsin*


*\*Admitted Pro Hac Vice*

*‡ Application for pro hac vice admission forthcoming*