UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| State of California, et al. , *Plaintiffs,* v. U.S. Department of Health and Human Services, et al., *Defendants.* | CA No.: 1:25-cv-12118 |

**DECLARATION OF ERICA CONNOLLY IN SUPPORT OF PLAINTIFF STATES'
MOTION FOR PRELIMINARY INJUNCTION**

I, ERICA CONNOLLY, declare

1.   I am a Deputy Attorney General in the Office of the Attorney General for the State of California and am a member in good standing with the State Bar of California. My pro hac vice application to appear in this Court has been approved. I represent the State of California, on behalf of California Attorney General Rob Bonta. I have personal knowledge of the following facts and could competently testify regarding their truth if called on to do so.

2.   Attached to this declaration are true and correct copies of the following documents in support of the Plaintiff States' Notice of Motion and Motion for Preliminary Injunction:

   a.   Attached as Exhibit 1 is a true and correct copy of a letter from Donald J. Trump to "Pro-Life Leaders and Activists," dated September 3, 2020, and available at https://www.presidency.ucsb.edu/documents/trump-campaign-press-release-president-donald-j-trump-releases-letter-pro-life-leaders.

   b.   Attached as Exhibit 2 is a true and correct copy of a letter from Donald J. Trump to Pro-Life Leaders, dated September 2016, and available at https://sbaprolife.org/wp-content/uploads/2016/09/Trump-Letter-on-ProLife-Coalition.pdf.

   c.   Attached as Exhibit 3 is a true and correct copy of the transcript created by Youtube of the video titled *Speaker Johnson Joins The Story with Martha MacCallum*, dated December 4, 2024, and available at https://www.youtube.com/watch?v=VOM5wRs1WFc.

1

d.  Attached as Exhibit 4 is a true and correct copy of a statement from Planned Parenthood Mar Monte, posted on Instagram on July 24, 2025, and available at https://www.instagram.com/p/DMgSedds0pq/?hl=en&img_index=1.

e.  Attached as Exhibit 5 is the declaration of Megan L. Kavanaugh and accompanying exhibit.

f.  Attached as Exhibit 6 is the declaration of Sarah Gilbert and accompanying exhibits.

g.  Attached as Exhibit 7 is the declaration of Adela Flores-Brennan.

h.  Attached as Exhibit 8 is the declaration of William Halsey.

i.  Attached as Exhibit 9 is the declaration of Andrew Wilson.

j.  Attached as Exhibit 10 is the declaration of Judy Mohr Peterson.

k.  Attached as Exhibit 11 is the declaration of Laura Phelan

l.  Attached as Exhibit 12 is the declaration of Sharon Boyle.

m.  Attached as Exhibit 13 is the declaration of Michelle Probert.

n.  Attached as Exhibit 14 is the declaration of Meghan Groen.

o.  Attached as Exhibit 15 is the declaration of John Connolly.

p.  Attached as Exhibit 16 is the declaration of Noya Woodrich.

q.  Attached as Exhibit 17 is the declaration of Melanie Bush.

r.  Attached as Exhibit 18 is the declaration of Sarah Adelman.

s.  Attached as Exhibit 19 is the declaration of Alex Castillo Smith.

t.  Attached as Exhibit 20 is the declaration of Johanne Morne.

u.  Attached as Exhibit 21 is the declaration of Emma Sandoe.

v.  Attached as Exhibit 22 is the declaration of Kristin Pono Sousa.

      w.      Attached as Exhibit 23 is the declaration of Charissa Fotinos.

      x.      Attached as Exhibit 24 is the declaration of Debra Standridge.

      y.      Attached as Exhibit 25 is the declaration of Sally A. Kozak.

      z.      Attached as Exhibit 26 is the declaration of Melisa Byrd.

I declare under penalty of perjury that the foregoing is true and correct and of my own personal knowledge.

Executed on September 24, 2025, in Sacramento, California.

                                                                                       */s/ Erica Connolly*
                                                                                       Erica Connolly

SA2025303982