# Exhibit 10

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF CALIFORNIA, STATE OF NEW YORK; STATE OF CONNECTICUT; STATE OF COLORADO; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAIʻI; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NORTH CAROLINA; STATE OF OREGON; JOSH SHAPIRO, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE COMMONWEALTH OF PENNSYLVANIA; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WASHINGTON; STATE OF WISCONSIN, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY JR., in his official capacity as Secretary of the U.S. Health and Human Services; CENTERS FOR MEDICARE AND MEDICAID SERVICES; DR. MEHMET OZ, in his official capacity as Administrator of the Centers for Medicare and Medicaid Services, <br><br> Defendants. | Case No. 1:25-cv-12118-IT <br><br> DECLARATION OF JUDY MOHR PETERSON |

I, Judy Mohr Peterson, declare as follows:

1.  I serve as the Med-QUEST Division Administrator, which is the title for the Medicaid Director, for the State of Hawaiʻi's Department of Human Services. I have held this

1

position for 10 years, since July 2015.  Prior to that, I served as the Medicaid Director for the Oregon Health Authority in the State of Oregon (2009 – June 2015).

2. I make this declaration from personal knowledge, and the records of the agency that are kept in the regular course of its business. I would testify to the following if called as a witness.

3. As the Medicaid Director, I am responsible for executive-level oversight and administration of State of Hawaiʻi's Medicaid program, QUEST.

4. Federal Medicaid funding comprises a significant percentage of Hawaiʻi's budget. It is one of the largest sources of federal revenue for Hawaiʻi.

5. The Department of Human Services is the single state agency responsible for administering the State of Hawaiʻi Medicaid program, QUEST, through its Med-QUEST Division. Med-QUEST provides low-income individuals with medical assistance for comprehensive healthcare coverage and access to affordable, integrated, and high-quality healthcare at no or low cost. Med-QUEST's coverage includes medical, dental, mental health, substance use disorder treatment, and long-term care.  It also includes reproductive health care, including family planning services, maternity and newborn care, pregnancy-related services, contraceptives, and the diagnosis and treatment of sexually transmitted diseases.

6. To be eligible for QUEST, residents must meet certain criteria, including income limits, citizenship requirements, and in some circumstances, asset limits. In 2013, Hawaiʻi opted in to Affordable Care Act expanded Medicaid coverage, which expanded the eligible population. In state fiscal year 2025, approximately 28 percent of Hawaiʻi's population is covered under QUEST.

7. In 2023, 26,659 Hawaiʻi residents received 54,472 family planning or reproductive health care procedures under QUEST.

8. Most family planning services billed to Medicaid are eligible for a 90% federal match rate. This means that for those medical exams, procedures, or other services for those covered by QUEST, the federal government pays 90% and the state pays the remainder. Some

reproductive healthcare services are not eligible for the 90% match rate, such as sexually-transmitted infection testing and treatment. Those services are eligible for a federal match rate of 59.08%.

9. Care under QUEST is provided under a managed care system with five managed care organizations (MCOs), all providing services statewide, except one that covers two counties. Individual providers are screened and enrolled with Med-QUEST, and then negotiate contracts with the individual MCOs. QUEST enrollees choose or are assigned to one of the MCOs, and then choose or are assigned a primary care provider. For the provision of family planning services, QUEST members may choose to see any family planning provider, even if that provider is out of the MCO's provider network.

10. Federal funds do not pay for abortion care under QUEST.

11. The right to choose to terminate the pregnancy of a nonviable fetus is protected by law in Hawaiʻi. Haw. Rev. Stat. § 453-16. The State of Hawaiʻi considers the right to choose a fundamental human right, essential for personal and bodily autonomy as well as the freedom to make the most intimate and personal decisions of a person's life.

12. The State of Hawaiʻi funds 100% of the cost of abortion care for participants of QUEST. Abortion care is always provided on a fee-for-service basis and is billed and paid separately from other covered and federally-funded health care services.

13. Planned Parenthood of the Great Northwest and the Hawaiian Islands provide high-quality comprehensive reproductive healthcare and family planning services in Hawaiʻi. Planned Parenthood entities currently operate two health centers and a virtual clinic in Hawaiʻi. They provide the full range of reproductive healthcare in Hawaiʻi. Among other things, they provide sexually-transmitted infection testing and treatment, contraception procedures, counseling, and management, cancer screening and prevention services and procedures, pregnancy tests and counseling, prenatal care, and abortion care. For many women, family planning and reproductive health care is the primary health care they regularly receive.

14. In 2023, the last year for which data is available, Planned Parenthood health centers in Hawaiʻi provided care for 1,700 unique patients using QUEST Medicaid funding.

15. Capacity to provide vital reproductive healthcare services especially is limited in rural and underserved areas, which Planned Parenthood's virtual health center helps address.

16. Planned Parenthood health centers in Hawaiʻi provide high-quality competent care. They specialize in reproductive healthcare and family planning and, for that reason, are well known and respected throughout Hawaiʻi as providers. I am not aware of any legitimate basis for excluding Planned Parenthood from Medicaid reimbursement for the care they provide.

17. To implement the Defund Provision, Med-QUEST has already had to implement billing system changes and finance system holds, and instructed MCOs to make changes to their system. These changes required staff time and resources.

18. Failure to incorporate the necessary infrastructure changes would result in Hawaiʻi being at risk of having to return any federal funds used to pay claims submitted by entities defined under the Defund Provision, thereby reducing federally provided matching Medicaid funds for essential family planning and reproductive healthcare services.

19. Due to the ambiguity regarding the entities that qualify as Prohibited Entities and the timing of when the Defund Provision actually takes effect, Hawaiʻi has already faced inquiries from MCOs and impacted entities, which has taken staff time and resources.

20. If Planned Parenthood is excluded from federal Medicaid reimbursement, the impact on Hawaiʻi and Hawaiʻi's residents would be great. I am concerned that Planned Parenthood may need to close health centers in Hawaiʻi if it is excluded from Medicaid. If that occurs, that will seriously negatively impact Hawaiʻi's health systems and our residents.

21. Because capacity is already limited, the health care system in Hawaiʻi will be unable to fully compensate for the loss of Planned Parenthood as a Medicaid provider. Thus, it is highly likely that some proportion of patients of Planned Parenthood will be unable to find a provider for reproductive healthcare and family planning services. The result is likely to be

stressful and challenging for Hawaiʻi's QUEST members. This result is expected because of the already limited capacity in Hawaiʻi for family planning and reproductive health care services.

22. If Planned Parenthood is excluded as a Medicaid provider or forced to close, there is a risk of increased unplanned pregnancies, untreated sexually transmitted infections, and missed early cancer diagnoses. This in turn would likely lead to increased health care costs and an increased need for social services for affected patients, and therefore, increased costs to the State.

23. To avoid these negative outcomes, either the federal government would need to again fund the Planned Parenthood health centers in Hawaiʻi as they have done for decades, or the State of Hawaiʻi would need to pay the former federal share of that healthcare. The State of Hawaiʻi has not provided funding sufficient to cover the former federal share of Medicaid for the Planned Parenthood health centers in Hawaiʻi.

24. Therefore, the exclusion of Planned Parenthood health centers from Medicaid reimbursement will not only have a negative consequence on the health and well-being of residents of Hawaiʻi, but it will also have a negative impact on the Hawaiʻi's health care system and the state budget.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on August 15, 2025.

_/s/ Judy Mohr Peterson_
JUDY MOHR PETERSON
MEDICAID DIRECTOR
DEPARTMENT OF HUMAN SERVICES
STATE OF HAWAIʻI

5