# Exhibit 21

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STATE OF CALIFORNIA; STATE OF NEW YORK; STATE OF CONNECTICUT; STATE OF COLORADO; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAI'I; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NORTH CAROLINA; STATE OF OREGON; JOSH SHAPIRO, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE COMMONWEALTH OF PENNSYLVANIA; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WASHINGTON; STATE OF WISCONSIN. | No. 1:25-cv-12118 |
| *Plaintiffs*, | |
| v. | |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY JR., in his official capacity as Secretary of the U.S. Health and Human Services; CENTERS FOR MEDICARE AND MEDICAID SERVICES; DR. MEHMET OZ, in his official capacity as Administrator of the Centers for Medicare and Medicaid Services, | |
| *Defendants,* | |

## DECLARATION OF EMMA SANDOE

I, Emma Sandoe, declare as follows:

1.    I am the Medicaid Director at Oregon Health Authority (OHA). I make this declaration from personal knowledge and the records of the agency that are kept in the regular course of its business. I would testify to the following if called as a witness.

2.      As the Medicaid Director, I am responsible for the administration of the state's full benefit Medicaid program. I have held this position since July 2024. Prior to that I served as the Deputy Director of Medicaid Policy for North Carolina Medicaid. I have a PhD in Health Policy from Harvard University and Masters in Public Health from The George Washington University.

3.      OHA administers Oregon's Medicaid programs and ensures that they comply with federal law.

4.      Federal Medicaid funding comprises a significant percentage of Oregon's budget. It is one of the largest sources of federal revenue for Oregon. Oregon has two relevant Medicaid programs: the Oregon Health Plan and Oregon ContraceptiveCare. The cost of providing care through those programs is shared between the federal government and Oregon.

**Oregon Health Plan**

5.      The Oregon Health Plan (OHP) is Oregon's full benefit Medicaid program. OHA's Medicaid Program administers OHP. OHP provides comprehensive medical coverage for poor and low-income people in Oregon. To be eligible for OHP, residents must meet certain criteria, including income and residency requirements. Income limits for OHP vary based on age and specific OHP program, but generally, adults are eligible with household incomes of up to 138% of the federal poverty level. To qualify for OHP, individuals must also be Oregon residents.

6.      Nearly 97% of Oregonians have health insurance, which includes coverage in the individual market and OHP. Of those with coverage, 32% (about 1.4 million people) have Medicaid coverage through OHP.

7.      Any person who meets eligibility requirements is entitled to coverage under OHP. Covered services include diagnostic and preventive physical health care, behavioral health care, dental care, eye and vision care, pregnancy care, emergency care and urgent care, and care coordination. The services that OHP covers, and receives federal funding to provide, also include comprehensive family planning and reproductive health care services. OHP covers annual

wellness visits that include reproductive cancer screening, contraception, pregnancy testing, prenatal care, sexually transmitted infection testing, and voluntary sterilization.

8.      Most family planning services billed to Medicaid are eligible for a 90% federal match rate. This means that for those medical exams, procedures, or other services for those covered by OHP, the federal government pays 90% and the state pays the remainder. Some reproductive healthcare services are not eligible for the 90% match rate, such as sexually transmitted infection testing and treatment. Those services are eligible for Oregon's base federal match rate. The base federal match rate is under 60%.

9.      Care under OHP is provided under a combination of managed care entities, called Coordinated Care Organizations (CCOs), and fee for service. Approximately 92% of OHP members are enrolled in a CCO, while the remainder of members receive coverage for their care through the Oregon Health Authority's fee for service program. There are currently 16 CCOs across Oregon that are responsible for coordinating the care of their members. Each CCO establishes and maintains a network of local providers to deliver care to their members. Providers may also directly enroll with the Oregon Health Authority to serve fee for service members. When a provider seeks to enroll with OHP through either fee for service or a CCO, the provider is screened to ensure they meet enrollment requirements and are not excluded from participating in Medicaid. *See* Or. Admin. R. 410-120-1260(8) – (12) (describing enrollment requirements and process). To enroll, a provider must be appropriately licensed to perform the services they seek to perform. *See, e.g.,* Or. Rev. Stat. § 414.613 (prohibiting CCOs from barring a provider acting within their scope of practice from participating in the CCO's network).  OHP members may seek family planning services from any enrolled OHP provider.

10.      Both CCOs and fee for service providers receive funding directly from the state. The CCOs receive an annual budget from OHA, and they reimburse providers for services. CCOs submit data about those reimbursements to OHA. Fee for service providers bill OHA directly for services provided. OHA submits data to the federal government detailing the services

3

provided, and the federal government then reimburses the state using the applicable matching rate for services provided.

11.    Federal funds are not used for any abortion services under OHP.

**Oregon ContraceptiveCare**

12.    Oregon also operates a second Medicaid program that it calls Oregon ContraceptiveCare (CCare), which covers family planning services for those who meet eligibility requirements and are not enrolled in OHP. OHA's Reproductive Health Program administers CCare.

13.    CCare is a Section 1115 family planning Medicaid demonstration waiver that expands eligibility for family planning services for individuals with incomes up to 250% of the federal poverty level. CCare covers office visits for contraceptive management services, sexually transmitted infection (STI) screening services within the context of a contraceptive management visit, and contraceptive devices and supplies.

14.    In state fiscal year 2025, 8,779 Oregon residents received family planning or reproductive health care covered by CCare in 14,081 visits or encounters.

15.    The federal match rate for services covered under CCare is 90%. This means for every service provided, federal funds cover 90% of the cost and state funds cover 10%.

16.    CCare is administered through a statewide network of providers certified with the Oregon Health Authority's Reproductive Health Program. Individuals enrolled in CCare may access care directly from any CCare participating provider. Individuals may enroll in CCare through a participating provider clinic.

17.    Federal funds are not used for any abortion services under CCare.

**Abortion Availability and Care**

18.    The right to choose whether, how, and when to terminate or keep a pregnancy is protected under state law in Oregon. Or. Rev. Stat. § 435.210. State law prohibits public bodies from interfering with the exercise of reproductive health rights, subjecting a person to any penalty for exercising or supporting the exercise of reproductive rights, or depriving a person

4

from their right to choose how to exercise their reproductive rights. Or. Rev. Stat. § 435.240(1). The State of Oregon considers the right to choose a fundamental human right that is essential for personal and bodily autonomy as well as the freedom to make the most intimate and personal decisions of a person's life.

19.    Oregon funds 100% of the cost of abortion care for OHP members through state-only funds. Abortion care is always provided on a fee-for-service basis and is billed and paid separately from other covered and federally-funded health care services.

**Planned Parenthood Entities**

20.    There are two Planned Parenthood entities in Oregon: Planned Parenthood of the Columbia Willamette (PPCW) and Planned Parenthood of Southwestern Oregon (PPSO). Both are enrolled providers under OHP and certified providers under CCare. These two Planned Parenthood entities currently operate eleven (11) health centers in Oregon and one (1) in Vancouver, Washington.

21.    PPCW and PPSO provide high-quality comprehensive reproductive healthcare and family planning services. Among other things, they provide sexually transmitted infection testing and treatment, contraception, cancer screening and prevention services and procedures, pregnancy tests and counseling, and abortion care. For many people, family planning and reproductive health care is the primary health care they regularly receive.

22.    PPCW and PPSO are the only providers in Oregon that are affected by Section 71113 of "An Act to provide for reconciliation pursuant to title II of H. Con. Res. 14" ("the Defund Provision").

23.    In state fiscal year 2025, OHP reimbursed PPCW and PPSO for 56,989 family planning and reproductive health visits or encounters provided to 35,096 unique patients. In state fiscal year 2025, CCare reimbursed PPCW and PPSO for 8,466 family planning visits or encounters provided to 5,730 unique CCare patients. Overall Medicaid-funded visits in state fiscal year 2025 to PPCW and PPSO totaled 65,455.

5

24.     In state fiscal year 2025, PPCW and PPSO received a total of $24,662,275 in Medicaid payments. Of that total, $16,700,143 were federal Medicaid payments and $7,962,132 were state Medicaid payments.

25.     These Planned Parenthood health centers in Oregon provide a substantial portion of all Medicaid-funded reproductive health care and family planning services. In calendar year 2024, PPCW and PPSO served 68% of OHP members who accessed family planning and reproductive health services at Reproductive Health Program-contracted clinics. In state fiscal year 2025, PPCW and PPSO health centers served 65% of unique CCare patients. Oregon does not have Medicaid providers who can absorb the patients that Planned Parenthood will no longer be compensated for treating if the Defund Provision goes into effect. Capacity does not exist to provide the care that Planned Parenthood health centers currently provide.

26.     Capacity to provide the vital reproductive healthcare services especially does not exist in rural and underserved areas, which is where some of Planned Parenthood's health centers are located in Oregon. Healthcare services are already limited in many of these areas and, as a result, Planned Parenthood health centers provide especially vital needed care.

27.     Planned Parenthood health centers in Oregon provide high-quality competent care. They specialize in reproductive healthcare and family planning and, for that reason, are well known and respected throughout Oregon as providers. I am not aware of any legitimate basis for excluding Planned Parenthood from Medicaid reimbursement for the care they provide.

**Impact of Defund Provision**

28.     If Planned Parenthood is excluded from federal Medicaid reimbursement, the impact on Oregon and Oregon's residents would be profound. I am concerned that Planned Parenthood may need to close health centers or limit health center hours or services in Oregon if it is excluded from Medicaid. If that occurs, that will compound the impact on Oregon's health system and residents.

29.     Because capacity does not exist in the health care system in Oregon to compensate for the loss of Planned Parenthood as a Medicaid provider, it is inevitable that the

6

loss of federal Medicaid funding will cause some proportion of patients of Planned Parenthood to be unable to find a provider for reproductive healthcare and family planning services. The result is likely to be a reduction in access to and utilization of preventive health services including cancer screenings, STI services, and contraception services. Family planning provider exclusions have been shown to result in clinic closures and a significant reduction in the receipt of preventive health services. A study of family planning clinic closures in Ohio found that each additional 10 minutes of driving time was associated with significant decreases in the receipt of preventive care such as clinical breast exams.[1] A study from Iowa found that residents of counties with family planning clinic closures were approximately twice as likely to have a reported gonorrhea infection after clinic closures compared to the period prior to closure.[2] A study of family planning clinic closures in Texas and Wisconsin found that an increase in distance to the nearest clinic was associated with significant decreases in receipt of preventive care including cervical cancer screenings.[3] A study of family planning provider exclusions and funding cuts in Texas found significant reductions in utilization of contraception and receipt of cervical cancer screenings.[4]

30.    To avoid these negative outcomes, either the federal government would need to again fund the Planned Parenthood health centers in Oregon as they have done for decades, or the State of Oregon would need to pay the former federal share of that healthcare. The State of Oregon has allocated some funding to fill the gap left by the Defund Provision, but it has not provided funding sufficient to cover the former federal share of Medicaid for the Planned Parenthood health centers in Oregon. Specifically, in the just-concluded 2025 legislative session,

---

[1] Ellison J, Griffith K, Thursby M, Slusky DJG, and Bor J. The impact of driving time to family planning facilities on preventive service use in Ohio. *Am J Prev Med*, 2021 April; 60(4) 542-545. https://doi.org/10.1016/j.amepre.2020.11.009

[2] Srinivas M *et al*. Sexually transmitted infection rates and closure of family planning clinics because of abortion restrictions in Iowa. *JAMA Network Open*, 2022 Oct 14;5(1):e2239063. https://doi.org/10.1001/jamanetworkopen.2022.39063

[3] Lu Y and Slusky DJG. The impact of women's health clinic closures on preventive care. *American Economic Journal: Applied Economics,* 2016, 8(3): 100-124. http://dx.doi.org/10.1257/app.20140405

[4] White K *et al*. The impact of reproductive health legislation on family planning clinics in Texas. *Am J Public Health* 2014 105:851-858. https://doi.org/10.2105/AJPH.2014.302515

the Oregon Legislative Assembly appropriated $10 million to OHA to assist the two Planned Parenthood entities in Oregon to provide the full scope of reproductive health services to as many people as possible across Oregon. This temporary funding will delay but will not prevent the Defund Provision from having harmful impacts in Oregon.

31.     The exclusion of Planned Parenthood health centers from Medicaid reimbursement will not only have a negative consequence on the health and well-being of residents of Oregon but it also is also likely to have a significant impact on Oregon's entire healthcare system and the state budget. Preventive services provided in family planning clinics are highly effective in reducing future government healthcare costs by helping patients avoid not only unintended pregnancy, but also cervical cancer, HIV and other sexually transmitted infections, infertility, and preterm and low birth weight births. These avoided health conditions are much more costly than the preventive services provided in family planning clinics.[56] A study of Medicaid claims data found that the cost of contraception services represented only 6.6% of the cost of unintended pregnancy care (per member per month costs were $0.54 for contraception care and $8.15 for unintended pregnancy care).[5] A national study of publicly funded family planning services found that care provided during publicly funded family planning visits results in net government cost savings of over $7.00 per every public dollar spent.[7] Reduced access to these services will result in higher costs to the state.

32.     In addition to those impacts, OHA has already been forced to expend significant staff time and resources to comply with the Defund Provision. OHA staff have spent approximately 0.75 FTE over the last month to, among other things, conduct data analysis, coordinate responses across OHA, and develop communications to impacted providers. OHA's

---

[5] Laliberté, F., Lefebvre, P., Law, A. *et al.* Medicaid spending on contraceptive coverage and pregnancy-related care. *Reprod Health* **11**, 20 (2014). https://doi.org/10.1186/1742-4755-11-20

[6] Amaral G *et al*. Public savings from the prevention of unintended pregnancy: a cost analysis of family planning services in California. Health Research and Educational Trust. *Health Serv Res*. 2007 Oct;42(5):1960-80. https://doi.org/10.1111/j.1475-6773.2007.00702.x

[7] Frost JJ, Sonfield A, Zolna MR, and Finer LB. Return on investment: A fuller assessment of the benefits and cost savings of the US Publicly Funded Family Planning Program. *The Milbank Quarterly*, 92(4), 2014 (pp. 667-720). https://doi.org/10.1111/1468-0009.12080

Reproductive Health Program and Medicaid Program have also had to develop new guidance for CCOs to understand how to process claims for covered services at Planned Parenthood clinics. That guidance includes instructing them how to process claims in compliance with state law and state regulations as well as the Defund Provision. In addition to providing that guidance, OHA will need to engage in rulemaking and develop sub-regulatory guidance to comply with the Defund Provision, and that will require additional staff time and resources.

33.    Before the Defund Provision was enacted, OHA processed OHP and CCare claims from Planned Parenthood health centers in an automated, streamlined manner, just as claims from all other providers are processed. Claims are typically submitted to and processed by electronic software systems that approve or deny claims without any need for manual adjudication.

34.    The Defund Provision forced OHA to develop new processes for manually reviewing claims from Planned Parenthood health centers. To ensure State of Oregon Medicaid will not make automatic payments if the Defund Provision goes into effect, OHP staff spent time initially adjusting the status of the impacted providers in the State Medicaid Management Information System (MMIS) to ensure all claims submitted go into a suspend status. Those claims will need to be worked manually by staff who review the date(s) of service, procedures, and diagnosis codes billed before either denying or releasing the claims for payment. Similarly, the Reproductive Health Program has already spent multiple hours to update its claims processing system and will also need to manually review claims if the Defund Provision goes into effect. Implementation of the Defund Provision will inevitably require staff resources to

9

implement, above and beyond what has already been expended, regardless of the implementation methods that OHP and the Reproductive Health Program ultimately use.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on August 13, 2025.

EMMA SANDOE