# Exhibit 22

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF CALIFORNIA, STATE OF NEW YORK; STATE OF CONNECTICUT; STATE OF COLORADO; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAIʻI; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NORTH CAROLINA; STATE OF OREGON; JOSH SHAPIRO, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE COMMONWEALTH OF PENNSYLVANIA; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WASHINGTON; STATE OF WISCONSIN, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY JR., in his official capacity as Secretary of the U.S. Health and Human Services; CENTERS FOR MEDICARE AND | Case No.  1:25-cv-12118-IT <br><br> DECLARATION OF KRISTIN PONO SOUSA |

Page 1 -   DECLARATION OF KRISTIN PONO SOUSA

MEDICAID SERVICES; DR. MEHMET OZ, in his official capacity as Administrator of the Centers for Medicare and Medicaid Services,

Defendants.

I, Kristin Pono Sousa, declare as follows:

1. I am the Director of the Rhode Island Medicaid Program. I make this declaration from personal knowledge and the records of the agency that are kept in the regular course of its business. I would testify to the following if called as a witness.

2. As the Director of the Rhode Island Medicaid Program, I am responsible for: collaborating with State agencies to ensure all publicly financed health care services are integrated and coordinated; filtering, translating, and communicating key state and federal, policy, legislation, and regulatory updates; engaging Medicaid stakeholders in a comprehensive review of the Medicaid program and making recommendations for short and long-term plans to transform Medicaid; program evaluation and making recommendations for quality improvement and cost saving measures to meet specific system transformation goals; monitoring and ensuring adherence to Federal and State requirements, including operating the Program within budget constraints; ensuring that Medicaid-financed health care services are evidence-based, effective, and responsive to Medicaid eligible persons' needs; and oversight and management of contracts and agreements with managed care organizations and providers. I have served in the Executive Office of Health and Human Services (EOHHS), the single State agency to administer the Rhode Island Medicaid program, since 2018, first as Managed Care Director, then as Deputy Medicaid Program Director, and I have been in my current role as Director since April, 2022. I hold a bachelor of science degree from Providence College in Health Service Administration.

3. Federal Medicaid funding comprises a significant percentage of Rhode Island's budget. It is one of the largest sources of federal revenue for Rhode Island.

**Rhode Island Medicaid program**

4. Rhode Island's Medicaid Program provides comprehensive medical coverage for low-income people in our state. To be eligible for Rhode Island's Medicaid program, residents must meet certain criteria: individuals must be Rhode Island residents and meet citizenship/immigration requirements. Individuals must have income under the required limits based on the eligibility group to which they belong (e.g., children under age 19, pregnant people, adults ages 19-64, elderly and disabled people, individuals requiring long-term services and

supports, etc.). Certain populations also must have limited assets (e.g., elderly and disabled individuals requiring long-term services and supports). Individuals qualifying on the basis of disability or need for long-term services and supports must also meet clinical criteria.

5.    In 2014, Rhode Island opted into the Affordable Care Act expanded Medicaid coverage, which expanded the eligible population. As of July 2025, approximately one third (306,000) of Rhode Island's population was covered under the Rhode Island Medicaid Program.

6.    Any person who meets eligibility requirements is entitled to coverage under Rhode Island's Medicaid Program. Covered services generally include:

- Mandatory services described at 42 C.F.R. Part 440, such as: inpatient and outpatient hospital services, physician services, rural health clinic services, laboratory and x-ray services, nurse practitioner and nurse-midwife services, home health services (including DME), EPSDT, pregnancy-related services, family planning services and supplies, nursing facility services for individuals over age 21, and medical and surgical services of a dentist.

- Optional services as approved in our state plan, such as: medical or other remedial care provided by licensed practitioners, optometrist services, podiatrist services, chiropractor services, federally-qualified health center services, dental, physical therapy, occupational therapy, speech therapy, prescribed drugs, medication-assisted treatment, dentures, prosthetic devices, eyeglasses, preventive services (including doula, CHW, and family home visiting), screening and diagnostic services, tobacco cessation counseling, rehabilitative services (including a range of behavioral health care for children and adults), services for people over age 65 in an IMD, inpatient psychiatric services for people under age 21, ICF/IDD services, hospice, personal care, case management, non-emergency transportation brokerage program, skilled nursing for people under 21, health home services, and PACE.

- 1115 Waiver services, including 1915(c)-like home and community-based services; home stabilization, Behavioral Health Link, SUD treatment in IMDs, peer recovery specialist, family/youth support specialist, and window replacement for lead poisoning remediation.

7.    Care under the Rhode Island Medicaid Program is provided under both managed care and fee-for-service delivery systems, with approximately 90% of beneficiaries enrolled in managed care.

8.    The Rhode Island Medicaid Program also covers family planning services, consistent with section 1905(a)(4)(C) of the Social Security Act. This includes approved methods of contraception; screening for sexually-transmitted infections during a family planning visit, Pap smears, and pelvic exams; drugs, supplies, or devices related to women's health services described above that are prescribed by a health care provider who meets the state's provider enrollment requirements; and contraceptive management, patient education, and counseling. The state also

covers family planning related benefits, such as: colposcopy; treatment of STIs (except for HIV/AIDS and hepatitis); STI diagnosis and treatment pursuant to a family planning visit; drugs/treatment for vaginal infections/disorders, other lower genital tract and genital skin infections/disorders that are identified/diagnosed during a routine family planning visit; other medical diagnosis, treatment, and preventive services routinely provided pursuant to family planning services in a family planning setting; and treatment of major complications arising from a family planning procedure.

9.      Rhode Island law protects an individual's ability to terminate a pregnancy prior to fetal viability and whenever necessary to preserve the life or health of that individual (R.I. Gen. Laws § 23-4.13-2).

10.     Federal funds are not used to pay for abortion care under the Rhode Island Medicaid program, except where allowable under the Hyde Amendment.

11.     The state of Rhode Island, through its general revenue, funds 100% of the cost of abortion care for participants of Rhode Island's Medicaid program where not allowable under the Hyde Amendment, pursuant to R.I. Gen. Laws § 42-12.3-3(b).

**Planned Parenthood entities**

12.     Planned Parenthood of Southern New England ("PPSNE") operates one Planned Parenthood facility in Rhode Island ("PPRI").

13.     PPRI provides high-quality comprehensive reproductive healthcare and family planning services in Rhode Island. They provide the full range of reproductive healthcare, which includes both preventative and primary care, including but not limited: to STI testing and treatment; contraception procedures, counseling, and management; cancer screening and prevention services and procedures; pregnancy tests and counseling; prenatal care; and abortion care. For many women, family planning and reproductive healthcare is the only primary health care they regularly receive.

14.     In state fiscal year 2025, the last year for which data is available, PPRI provided 3,716 visits to 2,334 unique Medicaid patients. Overall Medicaid-funded visits in state fiscal year 2025 to Planned Parenthood health centers in Rhode Island totaled approximately $900,000.

15.     PPRI provides approximately 70% of all Medicaid-funded family planning and reproductive healthcare services. Rhode Island does not have Medicaid providers who can absorb the patients that Planned Parenthood will no longer be compensated for treating under this legislation that defunds Planned Parenthood. Capacity does not exist in Rhode Island to provide the care that PPRI currently provides.

16.    In fact, Rhode Island suffers from a severe shortage of primary care providers, which has worsened in the past year, as large practices have closed and additional provider groups have been unable to intake the tens of thousands of Rhode Islanders seeking primary care.

17.    PPRI provides high-quality, competent care. They specialize in reproductive healthcare and family planning and, for that reason, are well known and respected throughout Rhode Island as a provider. I am not aware of any legitimate basis for excluding Planned Parenthood from Medicaid reimbursement for the care they provide.

**Impact of defund provision**

18.    If Planned Parenthood is excluded from federal Medicaid reimbursement, the impact on Rhode Island and its residents would be significant. I am concerned that Planned Parenthood may need to close its only health center in Rhode Island if it is excluded from the Medicaid program. If that occurs, that will compound the impact on Rhode Island's increasingly fragile health system and its residents.

19.    Because capacity does not exist in the health care system in Rhode Island to compensate for the loss of Planned Parenthood as a Medicaid provider, it is inevitable that some of the approximately 2,300 Medicaid patients cared for by PPRI will be unable to find a provider for reproductive healthcare, family planning services and basic preventative, primary care.

20.    The exclusion of Planned Parenthood health centers from Medicaid reimbursement will not only have a negative consequence on the health and wellbeing of residents of Rhode Island, but it will also have an impact on the Rhode Island's health care system and the state budget.

**I declare under penalty of perjury that the foregoing is true and correct.** EXECUTED on August 27, 2025.

Kristin Pono Sousa, Medicaid Program Director

Page 5 -    DECLARATION OF KRISTIN PONO SOUSA