# Exhibit 23

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF CALIFORNIA, STATE OF NEW YORK; STATE OF CONNECTICUT; STATE OF COLORADO; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAIʻI; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NORTH CAROLINA; STATE OF OREGON; JOSH SHAPIRO, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE COMMONWEALTH OF PENNSYLVANIA; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WASHINGTON; STATE OF WISCONSIN,<br><br>   Plaintiffs,<br><br>  v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY JR., in his official capacity as Secretary of the U.S. Health and Human Services; CENTERS FOR MEDICARE AND MEDICAID SERVICES; DR. MEHMET OZ, in his official capacity as Administrator of the Centers for Medicare and Medicaid Services,<br><br>   Defendants. | Case No.  1:25-cv-12118-IT<br><br>DECLARATION OF<br>CHARISSA FOTINOS, MD, MSc |

I, Charissa Fotinos, declare as follows:

1. I am a resident of the State of Washington. I am over the age of 18 and make this declaration from personal knowledge, the records of the agency that are kept in the regular course of its business, as well as through HCA employees who have assisted me in gathering this information from our agency. I would testify to the following if called as a witness.

2. I am the Medicaid Director for the Washington State Health Care Authority (HCA). I have been employed with HCA since October 1, 2013. I have held the positions of Medicaid Director and Behavioral Health Medical Director since 2022 and Deputy Chief Medical Officer from 2013-2022.

3. Before joining HCA, I served as Chief Medical Officer for Public Health-Seattle & King County for 10 years, and I was a physician faculty member at the Providence Family Medicine Residency Program. I am board certified by the American Board of Family Medicine in Family Medicine and by the American Board of Preventive Medicine in Addiction Medicine. I hold a Master of Science in evidence-based health care from Oxford University, Kellogg College, in England, and an M.D. from the University of Colorado Health Sciences Center.

4. As the Medicaid Director, I am responsible for executive- level oversight and administration of Washington's Apple Health programs. The term "Apple Health" includes Medicaid and the Children's Health Insurance Program (CHIP), which are governed by federal statutes and rules and supported by federal funding but administered by the State. Apple Health also includes programs that are funded entirely by the State. Apple Health provides free or low-cost health insurance coverage to qualifying individuals and families, including children, pregnant women, adults, seniors, and individuals with disabilities.

5. Federal Medicaid funding comprises a significant percentage of Washington's budget. It is one of the largest sources of federal revenue for Washington.

Page 2 -   DECLARATION OF
CHARISSA FOTINOS, MD, MSc

6. Washington State pays for family planning services in partnership with the federal government through two programs, Apple Health Medicaid and Family Planning Only. Family Planning Only is approved by the Centers for Medicaid and CHIP Services as a Section 1115 demonstration waiver program.

**State Medicaid program**

7. The Medicaid program provides comprehensive medical coverage for low-income people in Washington. To be eligible, residents must meet certain criteria, including income, household size, health status, and immigration status. In 2014, Washington opted into the Medicaid expansion included in the Patient Protection and Affordable Care Act of 2010. As of July 2025, 1.9 million people in Washington were covered under Medicaid and other Apple Health programs.

8. Any person who meets eligibility requirements is entitled to coverage under Apple Health. Covered services generally include primary and specialty medical care, emergency services, maternity and pediatric care, behavioral health (mental health and substance use disorder treatment), dental care, and vision care. The services that Apple Health covers, and for which the State receives federal funding to provide, also include family planning and reproductive health care services.

9. In calendar year 2024, 447,902 residents received family planning or reproductive health care under Apple Health Medicaid in 754,520 visits or encounters.

10. The rate of federal match received for a given family planning service depends on the eligibility status of the person seeking care and the specific services. The level of federal matching funds for services provided to "Classic" Medicaid clients is 50%. The federal match is 90% for services provided to clients who gain eligibility under the Affordable Care Act. Certain family planning services and supplies are eligible for an enhanced federal match of 90%.

11. In general, under the Hyde Amendment, federal funds cannot be used to pay for abortions. Washington has created multiple safeguards in its Medicaid Management Information System to prevent the claiming of federal funds for abortions.

**Family-planning Medicaid program**

12. As noted above, Washington also operates a Section 1115 waiver program called Family Planning Only (FPO), which covers family planning and related services for those who are uninsured and not eligible for broader/more comprehensive Apple Health Medicaid or are insured and seeking confidential family planning services. The FPO program provides coverage for a limited set of services.

13. Eligibility for FPO is based on income, household size, and eligibility related to citizenship or having a "qualified" immigration status. FPO includes a comprehensive preventive family planning visit each year (and any necessary family planning related follow-up visits); counseling, education and/or risk reduction; education and supplies for FDA-approved contraceptives; permanent methods such as tubal sterilization or vasectomy; pregnancy testing; sexually transmitted infection screening, testing and treatment; cervical cancer screening; and human papillomavirus (HPV) and Hepatitis B vaccinations.

14. In state fiscal year (SFY) 2025 (the period of July 1, 2024, through June 30, 2025), there were 2,794 FPO enrollees. Of that population, 1,780 FPO clients received at least one family planning or family planning related service, with 3,724 unique services received.

15. The federal match rate for family planning services covered under FPO is 90%.

16. FPO services are available from any Apple Health enrolled provider whose licensure and scope allows them to provide family planning and reproductive health services.

17. The FPO program does not pay for abortions.

**Abortion availability and care**

18. The right to choose whether, how, and when to terminate or keep a pregnancy is protected in Washington under Section 9.02.110 of the Revised Code of Washington. The State of Washington considers the right to choose to have an abortion as a fundamental right that is essential for personal and bodily autonomy as well as the freedom to make the most intimate and personal decisions of a person's life.

19. The State of Washington fully funds the cost of abortion care for Apple Health and FPO clients. Abortion care is excluded from the services covered under the Medicaid managed care contract and instead is provided on a fee-for-service basis using state-only funds.

**Planned Parenthood entities**

20. Planned Parenthood Great Northwest, Hawaii, Alaska, Indiana, and Kentucky (PPGNHAIK), Planned Parenthood of Greater Washington and North Idaho (PPGWNI), and Planned Parenthood Columbia Willamette (PPCW) provide sexual and reproductive services to communities in Washington. These entities operate 30 health centers in Washington.

21. PPGNHAIK, PPGWNI, and PPCW provide high-quality comprehensive reproductive healthcare and family planning services. Their services include birth control; sexually transmitted infection testing and treatment; cancer screening and prevention services and procedures; HIV services; pregnancy tests and counseling; and abortion care. For many women, family planning and reproductive health care are the primary health care they regularly receive.

22. In calendar year 2024 (the last year for which data is available), Planned Parenthood health centers in Washington provided 85,029 visits for family planning and reproductive health care to 42,223 unique patients using Apple Health Medicaid funding.

23. The Planned Parenthood health centers in Washington provide a substantial portion of family planning care to Apple Health clients (three out of every five visits). We are

concerned with the possibility that HCA may lack a sufficient number of Medicaid-enrolled providers to furnish the family planning and reproductive health care services for which Planned Parenthood will not be compensated under Section 71113(b)(1) of H.R. 1 (Public Law 119-21) (2025). It will be a significant challenge to ensure that clients receive the type of care that Planned Parenthood has been providing for decades in Washington.

24. The capacity to provide vital reproductive healthcare services is especially limited in more rural and underserved areas of the state, which is where some of Planned Parenthood's health centers are located (e.g., Friday Harbor, Moses Lake, Sunnyside, and Yakima). Healthcare services are already limited in many of these areas; as a result, the Planned Parenthood health centers are critical.

25. Planned Parenthood health centers in Washington are well known and respected as providing skilled and high-quality care. I am not aware of any provider or quality of care concerns that would be a legitimate basis for excluding Planned Parenthood from Medicaid reimbursement.

**HCA's Actions to Implement the Defund Provision**

26. HCA has created an implementation plan to attempt to address the directives set forth in Section 71113(b)(1) of H.R. 1 (Section 71113(b)(1)), which prohibits certain unspecified entities from receiving Medicaid funds. These efforts have been administratively burdensome.

27. The ambiguity of the terminology in Section 71113(b)(1) created work for HCA as it was not immediately clear which providers qualified as "prohibited entities" under the provision. HCA had to perform financial analyses of its providers to determine which providers were in fact "prohibited" in Washington under the section's financial criteria. Based on its analysis, HCA has determined that Planned Parenthood is the only organization in Washington that meets the financial criteria of Section 71113. HCA then had to communicate this

information to impacted and non-impacted providers, managed care plans, and Apple Health clients.

28. Section 71113(b)(1) is also unclear as to when an entity becomes a "prohibited entity" subject to defunding. Specifically, it is unclear whether the defunding provision takes effect as of July 4, 2025 (on the enactment date of H.R. 1) or as of October 1, 2025 (the earliest date an entity can qualify as a prohibited entity). HCA is in the process of updating its calendar year 2025 managed care capitation rates to exclude all of the amounts that had been projected for Planned Parenthood. The exclusion period will run from July 4, 2025, through December 31, 2025, unless that date is later revised to October 1, 2025. HCA is working on an "off-cycle" amendment to the managed care contract to reflect the prohibitions in Section 71113(b)(1).

29. HCA also is in the process of adjusting the calendar year 2026 managed care capitation rates to exclude Planned Parenthood experience from the base data. The period to which the prohibition will apply remains unclear. HCA is excluding experience for the entire calendar year in order to maintain the flexibility to add funding back in as part of a mid-year change if there is clarity on the end date, or continue to exclude it for the entire year and reimburse the Managed Care Organizations (MCOs) outside of rates for the full calendar year. Because this work is occurring outside of the normal rate development cycle, additional actuarial and agency resources have been required.

30. For any payments made by the MCOs that are not eligible for federal match, HCA will reimburse MCOs for paid claims with non-Medicaid state-only funds, with the reimbursement process estimated to begin in January 2026.

31. In light of the confusion surrounding Section 71113(b)(1), HCA also has had to issue guidance to Medicaid providers and clients. There has been significant staff time, resources, and expenses associated with the drafting, reviewing, and issuing this guidance and public-facing communications.

Page 7 -    DECLARATION OF
CHARISSA FOTINOS, MD, MSc

32. In sum, HCA has had to dedicate significant time and resources to interpreting and implementing Section 71113(b)(1), as well as to communicating with providers and stakeholders regarding its decisions.

**Impact of defund provision**

33. Because Planned Parenthood entities in Washington provide over half of the family planning services in Washington, it would be challenging for other providers to absorb this capacity. It is highly likely that some proportion of patients of Planned Parenthood would be unable to find a provider for family planning services. And for those that could find a provider, wait times for appointments would likely be exceedingly long. Delays in access to family planning and reproductive health services could lead to increased rates of unintended pregnancies, untreated sexually transmitted infections and diseases and delayed screening for cervical cancers. These impacts would not just impact the individual unable to obtain care but in the case of people unable to access care for STIs/STDs, their contacts would be at risk of exposure and further transmission.

34. To avoid these negative outcomes, Washington has agreed to pay both the federal and state share for services provided by Planned Parenthood and covered by Apple Health using state-only funds. We estimate that this will cost the State approximately $11 million per year. While the State has agreed to incur these expenditures to avoid the health impacts outlined above, it comes at the cost of other critical state services and a time of a significant state budget shortfall.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on September 17, 2025.

CHARISSA FOTINOS, MD, MSc