# Exhibit 24

**Declaration of Debra Standridge**

I, Debra Standridge, declare as follows:

1. I am the Deputy Secretary of the Wisconsin Department of Health Services (WI-DHS). I make this declaration from personal knowledge and the records of the agency that are kept in the regular course of its business. I would testify to the following if called as a witness.

2. As the Deputy Secretary, I oversee the work of WI-DHS, including the Division of Medicaid Services, which administers Medicaid for the state of Wisconsin.

3. Federal Medicaid funding comprises a significant percentage of Wisconsin's Medicaid budget. It is one of the largest sources of federal revenue for Wisconsin.

**Wisconsin Medicaid program**

4. WI-DHS administers Wisconsin Medicaid programs. Wisconsin Medicaid provides comprehensive medical coverage for low-income people and people with disabilities in Wisconsin. To be eligible for Wisconsin Medicaid, residents must meet certain criteria, including both financial criteria, which specifies the maximum income or assets an individual may have to be eligible, and non-financial criteria. In state fiscal year (SFY) 2024, approximately 20 percent of Wisconsin's population was covered by Wisconsin Medicaid.

5. Any person who meets eligibility requirements is entitled to coverage under the Wisconsin Medicaid program. Wisconsin Medicaid covers all required Medicaid services, including family planning services, and most optional Medicaid services. This means family planning services are included in the benefit package available to participants who receive "full benefit" Medicaid.  When prescribed by a physician, Wisconsin Medicaid covers the following family planning services: an initial physical exam and health history, annual office visits and follow up visits, laboratory services, contraceptive supplies and devices, counseling services, and medication for specific treatments.

6. In SFY 2024, 36,360 Wisconsinites received family planning or reproductive health care under Wisconsin Medicaid, including Family Planning Only Services, which is

1

described in greater detail below, and for which providers billed almost 90,000 claims to Wisconsin Medicaid.

7.      Most family planning services billed to Wisconsin Medicaid are eligible for a 90 percent federal match rate. This means for those medical exams, procedures, or other services covered by Wisconsin Medicaid, the federal government pays 90 percent, and the state pays the remainder. Health care services that are ineligible for the 90 percent match rate are eligible for Wisconsin's standard federal match rate, which is 60 percent.

8.      Federal Medicaid requirements mandate "freedom of choice" of providers for family planning services.  While Wisconsin's 13 contracted Medicaid health plans are encouraged to develop Memorandum of Understandings (MOU) with family planning clinics, family planning services are covered fee for service (FFS) when members seek family planning services from providers outside of a Health Maintenance Organization (HMO) network. Wisconsin Medicaid only covers abortion care per the requirements of the Hyde Amendment.

**Family-planning Medicaid program**

9.       Wisconsin also operates a limited-benefit Medicaid program, Family Planning Only Services (FPOS).

10.      FPOS is a limited-benefit program that provides routine contraceptive management and related services to low-income individuals who are of reproductive age and who are otherwise not eligible for Wisconsin Medicaid.  Services are generally aligned with those family planning services covered for full benefit Wisconsin Medicaid members.

11.      In SFY 2024, 9,575 Wisconsinites received family planning or reproductive health care under FPOS for which providers billed over 27,000 claims.

12.      The federal match rate for services covered under FPOS is 90 percent. This means for every service provided, federal funds cover 90 percent of the cost and state funds cover 10 percent.

13.      All FPOS services are reimbursed FFS by Wisconsin Medicaid.

14. Abortion is not a covered service under FPOS. Therefore, federal funds do not pay for abortion care under FPOS.

**Abortion availability and care**

15. The right to choose whether, how, and when to terminate or keep a pregnancy is protected in Wisconsin law under Wis. Stat. ch. 253.

**Planned Parenthood entities**

16. Planned Parenthood of Wisconsin, Inc (PP-W). currently operates 21 health centers throughout Wisconsin where they provide a full range of comprehensive reproductive healthcare and family planning services. Among other things, they provide sexually-transmitted infection testing and treatment, contraception procedures, counseling, and management, cancer screening and prevention services and procedures, pregnancy tests and counseling, prenatal care, and abortion care. For many women, family planning and reproductive health care is the primary health care they regularly receive.

17. In SYF 2024, the last year for which data is available, Wisconsin Planned Parenthood health centers billed almost 66,000 claims for care provided to 27,621 unique patients using Wisconsin Medicaid program funding.

18. These Wisconsin Planned Parenthood health centers provide a substantial portion, about 75 percent, of all Wisconsin Medicaid-funded reproductive health care and family planning services. Wisconsin does not have Medicaid providers who can absorb the patients that Planned Parenthood will no longer be compensated for treating under the Defund Provision.

19. Local health departments in Wisconsin provide family planning services for some Wisconsin Medicaid members living in the rural parts of the state. However, local health departments often have limited capacity, and Planned Parenthood is able to provide an additional access point by offering services via telehealth.

20. Wisconsin Planned Parenthood health centers specialize in reproductive healthcare and family planning and, for that reason, are well known and respected throughout

3

Wisconsin as providers. I am not aware of any legitimate basis for excluding Planned Parenthood from Wisconsin Medicaid reimbursement for the care they provide.

**Wisconsin Actions to Implement the Defund Provision**

21.    To implement the Defund Provision, WI-DHS would need to update the financial reporting system to appropriately exclude Planned Parenthood claims from federal financial claiming processes.  These changes will require significant staff time and resources. Specifically, 200 hours of developer time is required to make the relevant updates to the financial reporting system. Since the federal funding pause is for one year only, these changes will all need to be done to reinstate federal funding with similar impacts to the Wisconsin Medicaid program.

22.    To implement the Defund Provision, WI-DHS would need to establish a process to identify if any other entity meets the definition of "prohibited entity" and exclude their claims from federal financial claiming processes. Currently, WI-DHS does not have access to necessary information to determine if an entity is a "prohibited entity" as defined under the Defund Provision.

23.    Failure to incorporate the necessary infrastructure changes would result in Wisconsin being at risk of having to return any federal funds used to pay claims submitted by "prohibited entities" defined under the Defund Provision, thereby placing the costs directly onto Wisconsin and reducing federally provided matching Medicaid funds.

24.    If the Defund provision is allowed to stand, WI-DHS might have to issue guidance to members notifying them that while Planned Parenthood continues to be a Medicaid-enrolled provider, services provided by Planned Parenthood are not eligible for federal Medicaid reimbursement. This would require WI-DHS administrative resources to draft and publish the guidance; to train the member and provider call centers on the updated guidance; and to ensure that program partners have, understand, and can correctly communicate the guidance.

**Impact of defund provision**

25.     If Planned Parenthood is excluded from federal Medicaid reimbursement, the impact on Wisconsin and Wisconsin's residents would be profound. I am concerned that Planned Parenthood may need to close health centers in Wisconsin if it is excluded from Medicaid. If that occurs, that will compound the impact on Wisconsin's health system and residents.

26.     Because capacity does not exist in the health care system in Wisconsin to compensate for the loss of Planned Parenthood as a Medicaid provider, it is inevitable that some proportion of patients of Planned Parenthood will be unable to find a provider for reproductive healthcare and family planning services. Planned Parenthood is a trusted provider for many Medicaid members who would be forced to terminate established care relationships.  If members cannot find another trusted provider, there could be increases in unintended pregnancies, undiagnosed or later diagnosed cancers, and sexually transmissible infections, as members no longer have access to appropriate contraceptive care, Pap tests and colposcopies, and effective STI treatments.

27.     To avoid these negative outcomes, either the federal government would need to again fund the Wisconsin Planned Parenthood health centers as they have done for decades, or Wisconsin would need to pay the former federal Medicaid share. Wisconsin has not provided funding sufficient to cover the former federal share of Medicaid for the Wisconsin Planned Parenthood health centers.

28.     The exclusion of Planned Parenthood health centers from Medicaid reimbursement will not only have a negative consequence on the health and well-being of Wisconsinites, but it will also have a significant impact on Wisconsin's health care system and the state budget. There would be enormous disruption to the patients who rely on Planned Parenthood for reproductive health care, who would have to find a new provider and perhaps travel a greater distance for care. Medicaid is required to provide non-emergency medical transportation (NEMT) for members, so increased member travel would increase NEMT costs

for the program.  In addition, Wisconsin would need to provide additional funding to make up

the 90 percent of costs that have been funded by the federal government

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on August 15, 2025.

Debra Standridge
Deputy Secretary
Wisconsin Department of Health Services

6