# Exhibit 25

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF CALIFORNIA, STATE OF NEW YORK; STATE OF CONNECTICUT; STATE OF COLORADO; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAI'I; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NORTH CAROLINA; STATE OF OREGON; JOSH SHAPIRO, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE COMMONWEALTH OF PENNSYLVANIA; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WASHINGTON; STATE OF WISCONSIN,<br><br>      Plaintiffs,<br><br>      v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY JR., in his official capacity as Secretary of the U.S. Health and Human Services; CENTERS FOR MEDICARE AND MEDICAID SERVICES; DR. MEHMET OZ, in his official capacity as Administrator of the Centers for Medicare and Medicaid Services,<br><br>      Defendants. | Case No. 1:25-cv-12118-IT<br><br>DECLARATION OF SALLY A. KOZAK |

I, Sally A. Kozak, declare as follows:

1. I am the State Medicaid Director at the Pennsylvania Department of Human Services. I make this declaration from personal knowledge and the records of the agency that are kept in the regular course of its business. I would testify to the following if called as a witness.

2. As the State Medicaid Director, I am responsible for overseeing the administration of Pennsylvania's Medicaid program, which includes coverage for reproductive health and family planning services for eligible individuals, funded through state and federal Medicaid dollars. I have held this position for eight years. I have an associate of science degree in nursing from Mount Aloysius College and a master's degree in health care administration from St. Joseph's College. I am a Registered Nurse with experience working in hospitals and community-based settings, and I have professional experience developing population health management programs and quality improvement programs for healthcare.

3. Federal Medicaid funding comprises a significant percentage of Pennsylvania's budget. It is one of the largest sources of federal revenue for Pennsylvania.

**Pennsylvania Medical Assistance Program**

4. The Medical Assistance (MA) Program is the Commonwealth of Pennsylvania's approved Medicaid program. The MA Program provides comprehensive medical coverage for poor and low-income people in Pennsylvania. To be eligible for MA, residents must meet certain criteria, including resource, income, citizenship and residency requirements. In 2015, Pennsylvania opted in to Affordable Care Act expanded Medicaid coverage, which expanded the eligible population. In state fiscal year 2024-25, approximately twenty-three percent of the Commonwealth's population was covered under the MA Program.

5. Any person who meets eligibility requirements is entitled to coverage under the MA Program. Covered services generally include inpatient, outpatient, primary care, pharmaceuticals, home health, dental and behavioral health services. The services that the MA Program covers, and receives federal funding to provide, also include family planning and

reproductive health care services. These services, which are provided to men and women, include office visits, pregnancy counseling, pharmaceuticals and supplies, testing and treatment for sexually transmitted infections, genetic counseling and testing.

6. Most family planning services billed to Medicaid are eligible for a 90% federal match rate. This means that for those medical exams, procedures, or other services for those covered by Pennsylvania's MA Program, the federal government pays 90% and the state pays the remainder. Some reproductive healthcare services are not eligible for the 90% match rate, such as sexually-transmitted infection testing and treatment. Those services are eligible for a federal match rate of 55.09%.

7. Care under Pennsylvania's MA Program is provided under a fee-for-service or capitated managed care delivery system. Most MA Program beneficiaries receive services, including sexual and reproductive health care services, through a managed care plan under Pennsylvania's statewide mandatory managed care program. Sexual and reproductive health care services, including family planning services, are available both in- and out-of-network. Planned Parenthood facilities are a significant provider of sexual and reproductive health care services to Pennsylvanians through MA.

8. Pennsylvania's MA Program provides for abortion services consistent with federal and state law. Federal funds are claimed for abortion services when an abortion is necessary to avert the death of the pregnant woman or when the abortion is performed in the case of a pregnancy caused by rape or incest.

**Pennsylvania Family Planning Services Program**

9. Pennsylvania operates the Family Planning Services program, or FPS, within the Medicaid program. FPS covers family planning services for those who are not insured and not eligible for any other category of coverage under Pennsylvania's MA Program. FPS is provided through the state plan family planning option afforded by Section 2303 of the Patient Protection and Affordable Care Act (Pub. L. No. 111-148).

Page 3 -   DECLARATION OF SALLY A. KOZAK
TBW/rn1/993784839

10. FPS provides coverage of family planning and certain family planning-related services, pharmaceuticals and supplies at no cost to Pennsylvanians of reproductive age who are not otherwise eligible for any other category in the MA Program and have income at or below 215% of the Federal Poverty Limit and who are not pregnant. Family planning-related services are medical diagnosis and treatment services provided in a family planning setting as part of, or as follow-up to, a family planning visit and includes services for the prevention and treatment of sexually transmitted diseases. FPS is designed to assist individuals who have a medical necessity for family planning services, so that they can establish the timing, number, and spacing of their children, and maintain optimal reproductive health. The federal match rate for services covered under FPS is 90%. This means for every service provided, federal funds cover 90% of the cost and state funds cover 10%.

11. FPS services are rendered in the fee-for-service delivery system by enrolled providers. Planned Parenthood facilities are a significant provider of services to Pennsylvanians as part of the FPS program.

12. Abortion services are covered under FPS consistent with federal and state law. Federal funds are claimed for abortion services when an abortion is necessary to avert the death of the pregnant woman or when the abortion is performed in the case of a pregnancy caused by rape or incest.

**Abortion availability and care**

13. The right to choose whether to terminate or keep a pregnancy is protected and governed by state law in Pennsylvania. 18 Pa.C.S. §§ 3201-3220.

**Planned Parenthood entities**

14. Planned Parenthood Southeastern Pennsylvania, Planned Parenthood of Western Pennsylvania, and Planned Parenthood Keystone serve the Commonwealth of Pennsylvania. Among them, these Planned Parenthood entities currently operate 22 health centers in Pennsylvania.

15. Planned Parenthood Southeastern Pennsylvania, Planned Parenthood of Western Pennsylvania, and Planned Parenthood Keystone provide high-quality comprehensive reproductive healthcare and family planning services in Pennsylvania. They provide the full range of reproductive healthcare in Pennsylvania. Among other things, they provide sexually-transmitted infection testing and treatment, contraception procedures, counseling, and management, cancer screening and prevention services and procedures, pregnancy tests and counseling, prenatal care, and abortion care. For many women, family planning and reproductive health care is the primary health care they regularly receive.

16. These Planned Parenthood health centers in Pennsylvania provide a substantial portion of all Medicaid-funded reproductive health care and family planning services. Pennsylvania does not have Medicaid providers who can absorb the patients that Planned Parenthood will no longer be compensated for treating under the One Big Beautiful Bill Act, Pub. L. No. 119-21, 139 Stat. 1 (2025). Capacity does not exist to provide the care that Planned Parenthood health centers currently provide.

17. Capacity to provide the vital reproductive healthcare services is especially limited in rural and underserved areas, which is where some of Planned Parenthood's health centers are located in Pennsylvania. Healthcare services are already limited in many of these areas and, as a result, Planned Parenthood health centers provide especially vital needed care.

18. Planned Parenthood health centers in Pennsylvania provide high-quality competent care. They specialize in reproductive healthcare and family planning and, for that reason, are well known and respected throughout Pennsylvania as providers. I am not aware of any legitimate basis for excluding Planned Parenthood from Medicaid reimbursement for the care they provide.

**Pennsylvania Actions to Implement the Defund Provision**

19. To implement the Defund Provision, Pennsylvania's Department of Human Services (DHS) has already had discussions regarding policy, systems, and programmatic

changes that would be necessary, to include exclusion of these providers from the MA program and managed care organization networks, as well as systems edits needed to block payments to these entities. These changes require staff time and resources. To date, DHS staff have dedicated approximately 75 hours of staff time.

20. Failure to incorporate the necessary infrastructure changes would result in Pennsylvania being at risk of having to return any federal funds used to pay claims submitted by entities defined under the Defund Provision, thereby placing the costs directly onto Pennsylvania and reducing federally provided matching Medicaid funds.

21. Due to the ambiguity regarding the entities that qualify as Prohibited Entities and the timing of when the Defund Provision actually takes effect, DHS has already faced inquiries from potentially affected entities, which will also take staff time and resources. Medicaid managed care plans have requested direction about how to handle credentialing and payment of claims by Planned Parenthood providers, and Planned Parenthood leadership has been in close communication with DHS to analyze and attempt to mitigate impact.

**Impact of defund provision**

22. If Planned Parenthood is excluded from federal Medicaid reimbursement, the impact on Pennsylvania and Pennsylvania's residents would be profound. I am concerned that Planned Parenthood may need to close health centers in Pennsylvania if it is excluded from Medicaid. If that occurs, that will compound the impact on Pennsylvania's health system and residents.

23. Because capacity does not exist in the health care system in Pennsylvania to compensate for the loss of Planned Parenthood as a Medicaid provider, it is inevitable that some proportion of patients of Planned Parenthood will be unable to find a provider for reproductive healthcare and family planning services. The result is likely to be an increase in unplanned pregnancies, shortened spacing between pregnancies leading to poor outcomes for both parent

and baby, and lack of treatment and spread of sexually transmitted infections. This result is expected because they rely on Planned Parenthood for their reproductive care.

24. To avoid these negative outcomes, either the federal government would need to again fund the Planned Parenthood health centers in Pennsylvania as they have done for decades, or the Commonwealth of Pennsylvania would need to pay the former federal share of that healthcare. The legislature of the Commonwealth of Pennsylvania has not provided funding sufficient to cover the former federal share of Medicaid for the Planned Parenthood health centers in Pennsylvania.

25. The exclusion of Planned Parenthood health centers from Medicaid reimbursement will not only have a negative consequence on the health and wellbeing of residents of Pennsylvania, but it will also have a significant impact on the Commonwealth's entire health care system and the state budget as a result of increased births and care necessary to treat poor birth outcomes and the spread of sexually transmitted infections.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on September 24, 2025.

_Sally A. Kozak_
Sally A. Kozak