IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

STATE OF CALIFORNIA, *et al.*,

        *Plaintiffs*,

v.

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,

        *Defendants*.

No. 1:25-cv-12118-IT

## NOTICE OF APPEARANCE

Please take notice that undersigned attorney, Elisabeth J. Neylan of the United States Department of Justice, enters her appearance as counsel for Defendants in this matter.

Dated: September 29, 2025

        Respectfully submitted,

        BRETT A. SHUMATE
        Assistant Attorney General
        Civil Division

        MICHELLE R. BENNETT
        Assistant Director
        Federal Programs Branch

        */s/ Elisabeth J. Neylan*
        Elisabeth J. Neylan
        Trial Attorney (N.Y. Bar Reg. No. 6125736)
        United States Department of Justice, Civil Division
        Federal Programs Branch
        1100 L St. NW
        Washington, DC 20005
        Tel: (202) 616-3519; Fax: (202) 616-8460
        E-mail: Elisabeth.J.Neylan@usdoj.gov

        *Attorneys for Defendants*