IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>*Defendants*. | No. 1:25-cv-12118-IT |

**JOINT MOTION FOR A BRIEFING SCHEDULE ON
PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION AND TO STAY
DEFENDANTS' DEADLINE TO RESPOND TO THE COMPLAINT PENDING
RESOLUTION OF THE PRELIMINARY INJUNCTION MOTION**

Plaintiff States and Defendants jointly move the Court to set the briefing schedule on Plaintiffs' Motion for a Preliminary Injunction (ECF No. 60) proposed below and to stay Defendants' obligation to file a response to the Complaint under Federal Rule of Civil Procedure 12 pending resolution of Plaintiffs' Motion for a Preliminary Injunction. In support, the parties state as follows:

1. Plaintiffs filed the instant action on July 29, 2025 and completed service on August 14, 2025. *See* ECF No. 1.

2. On September 24, 2025, Plaintiffs moved for a Preliminary Injunction. ECF No. 60.

3. The parties thereafter agreed that Defendants' response to Plaintiffs' Motion for a Preliminary Injunction shall be due on October 15, 2025.

1

4. The parties further agreed that Plaintiff's reply shall be due on October 29, 2025.

5. Under Federal Rule of Civil Procedure 12(a)(2), the United States and its officers and employees sued in their official capacity must respond to a complaint within 60 days after service on the United States attorney.

6. Because Plaintiffs completed service on August 14, 2025, Defendants' current deadline to respond to the Complaint is October 14, 2025.

7. The parties respectfully request a stay of Defendants' obligation to respond to the Complaint under Federal Rule of Civil Procedure 12 pending resolution of the motion for a preliminary injunction. There is good cause to grant the requested stay during the pendency of Plaintiffs' motion. *See Clinton v. Jones*, 520 U.S. 681, 706 (1997) (stating that a "[d]istrict Court has broad discretion to stay proceedings as an incident to its power to control its own docket"). Any order on Plaintiffs' motion for a preliminary injunction necessarily will inform Defendants' response to the Complaint and shape the next steps in the litigation. Accordingly, considerations of party and judicial economy would benefit from resolution of the motion for preliminary injunction before moving on to further proceedings in this case.

8. The parties propose that they file a joint status report addressing further proceedings within 14 days of the issuance of an order resolving Plaintiffs' motion for a preliminary injunction.

WHEREFORE, the parties respectfully request that this Motion be allowed and the Court enter the agreed-upon briefing schedule proposed above—whereby Defendants' response to Plaintiffs' Motion for a Preliminary Injunction will be due on October 15, 2025 and Plaintiffs' Reply will be due on October 29, 2025—and stay Defendants' deadline to respond to the Complaint pending resolution of the preliminary injunction motion.

| | |
|---|---|
| Dated: September 29, 2025 | Respectfully submitted, |

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division

EMILY M. HALL
ELIZABETH HEDGES
TIBERIUS DAVIS
Counsel to the Assistant Attorney General
Civil Division

MICHELLE R. BENNETT
Assistant Director
Federal Programs Branch

BRADLEY P. HUMPHREYS
JACOB S. SILER
Trial Attorneys
Federal Programs Branch

/s/   *Elisabeth J. Neylan*
ELISABETH J. NEYLAN
Trial Attorney (N.Y. Bar Reg. No. 6125736)
Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 616-3519
Elisabeth.J.Neylan@usdoj.gov

*Attorneys for Defendants*

ANDREA JOY CAMPBELL
Attorney General
Commonwealth of Massachusetts

/s/ Allyson Slater
ALLYSON SLATER (BBO No. 704545)
*Director, Reproductive Justice Unit*
MORGAN CARMEN (BBO No. Pending)
*Assistant Attorney General*
Office of the Attorney General
One Ashburton Place, 20th Floor
Boston, MA 02108
(617) 963-2811
Allyson.slater@mass.gov
*Attorneys for Plaintiff Commonwealth of Massachusetts*

ROB BONTA
Attorney General
State of California

/s/ Erica Connolly
ERICA CONNOLLY*
Deputy Attorney General
NELI PALMA*
Senior Assistant Attorney General
KARLI EISENBERG*
Supervising Deputy Attorney General
1300 I Street
Sacramento, CA 95814
(916) 210-7755
Erica.Connolly@doj.ca.gov
*Attorneys for Plaintiff State of California*

LETITIA JAMES
Attorney General
State of New York

 /s/ Galen Sherwin
GALEN SHERWIN*
Special Counsel for Reproductive Justice
RABIA MUQADDAM*
Chief Counsel for Federal Initiatives
COLLEEN K. FAHERTY*
Special Trial Counsel
IVAN NEVADO*
Assistant Attorney General
28 Liberty Street
New York, NY 10005
(212) 416-8059
Galen.Sherwin@ag.ny.gov;
*Attorneys for Plaintiff State of New York*

WILLIAM TONG
Attorney General
State of Connecticut

/s/ Alma Nunley
ALMA NUNLEY*
Special Counsel for Reproductive Rights
JANELLE R. MEDEIROS*
Special Counsel for Civil Rights
165 Capitol Ave
Hartford, CT 06106
(860) 808-5020
Alma.Nunley@ct.gov
Janelle.Medeiros@ct.gov
*Attorneys for Plaintiff State of Connecticut*

| | |
|---|---|
| **KATHLEEN JENNINGS**<br>Attorney General<br>State of Delaware<br><br>By: /s/ *Vanessa L. Kassab*<br>VANESSA L. KASSAB*<br>Deputy Attorney General<br>IAN R. LISTON*<br>Director of Impact Litigation<br>JENNIFER KATE AARONSON*<br>Deputy Attorney General<br>Delaware Department of Justice<br>820 N. French Street<br>Wilmington, DE 19801<br>302-683-8803<br>Jennifer.Aaronson@delaware.gov<br>*Attorneys for Plaintiff State of Delaware* | **PHILIP J. WEISER**<br>Attorney General<br>State of Colorado<br><br>/s/ *Nora Q.E. Passamaneck*<br>NORA Q.E. PASSAMANECK*<br>Senior Assistant Attorney General<br>Colorado Department of Law<br>1300 Broadway, 10th Floor<br>Denver, CO 80203<br>Phone: (720) 508-6000<br>nora.passamaneck@coag.gov<br>*Attorneys for Plaintiff State of Colorado* |
| **BRIAN L. SCHWALB**<br>Attorney General<br>District of Columbia<br><br>/s/ *Nicole S. Hill*<br>NICOLE S. HILL*<br>Assistant Attorney General<br>Office of the Attorney General for the District of Columbia<br>400 Sixth Street, NW<br>Washington, D.C. 20001<br>(202) 727-4171<br>nicole.hill@dc.gov<br>*Attorneys for Plaintiff District of Columbia* | **ANNE E. LOPEZ**<br>Attorney General<br>State of Hawaiʻi<br><br>/s/ *Kalikoʻonālani D. Fernandes*<br>KALIKOʻONĀLANI D. FERNANDES*<br>Solicitor General<br>DAVID D. DAY*<br>Special Assistant to the Attorney General<br>425 Queen Street<br>Honolulu, HI 96813<br>(808) 586-1360<br>kaliko.d.fernandes@hawaii.gov<br>*Attorneys for Plaintiff State of Hawaiʻi* |

| | |
|---|---|
| **KWAME RAOUL**<br>Attorney General<br>State of Illinois<br><br>*/s/ Caitlyn G. McEllis*<br>CAITLYN G. MCELLIS*<br>Senior Policy Counsel<br>ELIZABETH MORRIS*<br>Deputy Bureau Chief, Special Litigation Bureau<br>SARAH J. GALLO*<br>Assistant Attorney General<br>Office of the Illinois Attorney General<br>115 S. Lasalle Street<br>Chicago, IL 60603<br>312-814-3000<br>Caitlyn.McEllis@ilag.gov<br>Elizabeth.Morris@ilag.gov<br>Sarah.Gallo@ilag.gov<br>*Attorneys for Plaintiff State of Illinois* | **AARON M. FREY**<br>Attorney General<br>State of Maine<br><br>*/s/ Halliday Moncure*<br>HALLIDAY MONCURE*<br>Assistant Attorney General<br>Office of the Attorney General<br>6 State House Station<br>Augusta, ME  04333-0006<br>Tel.: 207-626-8800<br>halliday.moncure@maine.gov<br>   *Attorneys for Plaintiff State of Maine* |
| **ANTHONY G. BROWN**<br>Attorney General<br>State of Maryland<br><br>*/s/ James C. Luh*<br>JAMES C. LUH*<br>Senior Assistant Attorney General<br>Office of the Attorney General<br>200 Saint Paul Place, 20th Floor<br>Baltimore, Maryland 21202<br>410-576-6411<br>jluh@oag.state.md.us<br>*Attorneys for Plaintiff State of Maryland* | **DANA NESSEL**<br>Attorney General<br>State of Michigan<br><br>*/s/ Kyla Barranco*<br>KYLA BARRANCO*<br>NEIL GIOVANATTI*<br>Assistant Attorneys General<br>Michigan Department of Attorney General<br>525 W. Ottawa<br>Lansing, MI 48909<br>(517) 335-7603<br>BarrancoK@michigan.gov<br>GiovanattiN@michigan.gov<br>*Attorneys for Plaintiff State of Michigan* |

| | |
|---|---|
| **KEITH ELLISON** <br> Attorney General <br> State of Minnesota <br><br> */s/ Katherine J. Bies* <br> KATHERINE J. BIES* <br> Special Counsel, Rule of Law <br> 445 Minnesota Street, Suite 600 <br> St. Paul, Minnesota, 55101 <br> (651) 300-0917 <br> Katherine.Bies@ag.state.mn.us <br> *Attorneys for Plaintiff State of Minnesota* | **MATTHEW J. PLATKIN** <br> Attorney General <br> State of New Jersey <br><br> */s/ Jessica L. Palmer* <br> JESSICA L. PALMER* <br> ELIZABETH R. WALSH* <br> Deputy Attorneys General <br> Office of the Attorney General <br> 124 Halsey Street, 5th Floor <br> Newark, NJ 07101 <br> (609) 696-5279 <br> Jessica.Palmer@law.njoag.gov <br> Elizabeth.Walsh@law.njoag.gov <br> *Attorneys for Plaintiff State of New Jersey* |
| **RAÚL TORREZ** <br> Attorney General <br> State of New Mexico <br><br> */s/ Amy Senier* <br> AMY SENIER <br> Senior Counsel <br> New Mexico Department of Justice <br> P.O. Drawer 1508 <br> Santa Fe, NM 87504-1508 <br> (505) 490-4060 <br> asenier@nmdoj.gov <br> *Attorneys for Plaintiff State of New Mexico* | **AARON D. FORD** <br> Attorney General <br> State of Nevada <br><br> */s/ Heidi Parry Stern* <br> HEIDI PARRY STERN* (Bar. No. 8873) <br> Solicitor General <br> Office of the Nevada Attorney General <br> 1 State of Nevada Way, Suite 100 <br> Las Vegas, NV 89119 <br> HStern@ag.nv.gov <br> *Attorneys for Plaintiff State of Nevada* |

| | |
|---|---|
| **JEFF JACKSON**<br>Attorney General<br>State of North Carolina<br><br>*/s/ Marc D. Brunton*<br>MARC D. BRUNTON*<br>Assistant Deputy Attorney General<br>North Carolina Department of Justice<br>PO Box 629<br>Raleigh, NC 27602<br>(919) 716-0151<br>mbrunton@ncdoj.gov<br>*Attorneys for Plaintiff State of North Carolina* | **DAN RAYFIELD**<br>Attorney General<br>State of Oregon<br><br>*/s/ Christina L. Beatty-Walters*<br>CHRISTINA L. BEATTY-WALTERS*<br>Senior Assistant Attorney General<br>KATE E. MORROW<br>Assistant Attorney General<br>100 SW Market Street<br>Portland, OR 97201<br>(971) 673-1880<br>Tina.BeattyWalters@doj.oregon.gov<br>Kate.E.Morrow@doj.oregon.gov<br>*Attorneys for Plaintiff State of Oregon* |
| **JOSH SHAPIRO,**<br>in his official capacity as Governor of the Commonwealth of Pennsylvania<br><br>*/s/ Michael J. Fischer*<br>MICHAEL J. FISCHER⹋<br>Executive Deputy General Counsel<br>JENNIFER SELBER⹋<br>General Counsel<br>JONATHAN D. KOLTASH⹋<br>Deputy General Counsel for Healthcare<br>Pennsylvania Office of the Governor<br>30 N. 3rd St., Suite 200<br>Harrisburg, PA 17101<br>(717) 831-2847<br>mjfischer@pa.gov<br>*Attorneys for Plaintiff Governor Josh Shapiro* | **PETER F. NERONHA**<br>Attorney General<br>State of Rhode Island<br><br>*/s/ Dorothea R. Lindquist*<br>DOROTHEA R. LINDQUIST*<br>(RI Bar No. 6661)<br>Special Assistant Attorney General<br>150 South Main Street<br>Providence, RI 02903<br>(401) 274-4400, Ext. 2098<br>dlindquist@riag.ri.gov<br>*Attorneys for the Plaintiff State of Rhode Island* |

| | |
|---|---|
| **CHARITY R. CLARK** <br> Attorney General <br> State of Vermont <br><br> */s/ Jonathan T. Rose* <br> JONATHAN T. ROSE* <br> Solicitor General <br> 109 State Street <br> Montpelier, VT 05609 <br> (802) 828-3171 <br> jonathan.rose@vermont.gov <br> *Attorneys for Plaintiff State of Vermont* | **NICHOLAS W. BROWN** <br> Attorney General <br> State of Washington <br><br> */s/ Lauryn K. Fraas* <br> LAURYN K. FRAAS* WSBA #53238 <br> WILLIAM MCGINTY* WSBA #41868 <br> Assistant Attorneys General <br> 800 Fifth Avenue, Suite 2000 <br> Seattle, WA 98104-3188 <br> (206) 464-7744 <br> Lauryn.Fraas@atg.wa.gov <br> William.McGinty@atg.wa.gov <br> *Attorneys for Plaintiff State of Washington* |
| **JOSHUA L. KAUL** <br> Attorney General <br> State of Wisconsin <br><br> */s/ Faye B. Hipsman* <br> FAYE B. HIPSMAN* <br> Assistant Attorney General <br> Wisconsin Department of Justice <br> Post Office Box 7857 <br> Madison, Wisconsin 53707-7857 <br> 608-264-9487 <br> faye.hipsman@wisdoj.gov <br> *Attorneys for Plaintiff State of Wisconsin* | |

*\*Admitted Pro Hac Vice*
‡ *Application for pro hac vice admission forthcoming*

**LOCAL RULE 7.1 CERTIFICATE**

Undersigned counsel certifies that counsel have conferred regarding this motion and that it is made jointly with the assent of all parties as reflected above.

*/s/ Elisabeth J. Neylan*
Elisabeth J. Neylan
Trial Attorney
United States Department of Justice

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 29, 2025, the foregoing pleading was filed electronically through the CM/ECF system, which causes all parties or counsel to be served by electronic means as more fully reflected on the Notice of Electronic Filing.

                                                    */s/ Elisabeth J. Neylan*
                                                    Elisabeth J. Neylan
                                                    Trial Attorney
                                                    United States Department of Justice