IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, <br><br> Defendants. | No. 1:25-cv-12118-IT |

**NOTICE OF APPEARANCE**

Please take notice that undersigned attorney, Elizabeth Hedges of the United States Department of Justice, enters her appearance as counsel for Defendants in this matter.

Dated: November 14, 2025                     Respectfully submitted,

                                                   BRETT A. SHUMATE
Assistant Attorney General
Civil Division

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division

TIBERIUS DAVIS
Counsel to the Assistant Attorney General
Civil Division

MICHELLE R. BENNETT
Assistant Director
Federal Programs Branch

ELISABETH J. NEYLAN
JACOB S. SILER
Trial Attorneys
Federal Programs Branch

<u>/s/ *Elizabeth Hedges*</u>
ELIZABETH HEDGES (D.C. #1657707)
Counsel to the Assistant Attorney General
Civil Division
950 Pennsylvania Avenue NW
Washington, DC 20530
Phone: (202) 616-0929
Elizabeth.T.Hedges@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

      I certify that I filed the foregoing document electronically on November 14, 2025, and it will be served on all parties through the Court's CM/ECF system.

/s/ *Elizabeth Hedges*
Elizabeth Hedges
