# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

State of California, et al.,

    *Plaintiffs,*

  v.

U.S. Department of Health and Human
Services, et al.,

    *Defendants.*

CA No.: 1:25-cv-12118-TI

## PLAINTIFF STATES' NOTICE OF SUPPLEMENTAL FACTS

Plaintiff States submit this notice to advise the Court of relevant events since Plaintiff States filed their Reply in Support of Motion for Preliminary Injunction on October 29, 2025 (Doc. No. 76):

1.      On November 12, 2025, the First Circuit heard oral argument in *Planned Parenthood Federation of America, Inc. v. Kennedy*, Nos. 25-1698 and 25-1755.  In the course of that argument, counsel for Defendants in that case—who are identical to Defendants in this case—made several statements related to Plaintiff States' preliminary injunction arguments.

2.      Specifically, counsel for Defendants made the following statements, which bear on Plaintiff States' arguments that the Defund Provision fails to provide clear notice (*see* Doc. No. 63 at 7-11; *see also Cummings v. Premier Rehab Keller, P.L.L.C.*, 596 U.S. 212, 219 (2022); *Arlington Cent. Sch. Dist. Bd. of Educ. v. Murphy*, 548 U.S. 291, 296 (2006)):

        a.      Defendant Department of Health and Human Services (HHS) is "working on guidance around the affiliate provision but that guidance haven't [sic] been issued yet" and that Defendants' counsel was "not in a position to tell [the First Circuit] what it will say other than…that HHS has no intention to define the term affiliate in such a way that it turns on expressive activity as opposed to corporate control."  *See* First Circuit Court of Appeals, Oral Argument at 3:28, *Planned Parenthood Fed'n of Am., Inc. v. Kennedy*, Nos. 25-1698, 25-1755 (Nov. 12, 2025), https://www.ca1.uscourts.gov/sites/ca1/files/oralargs/25-1698_20251112.mp3.

b.     HHS "has not yet made any determination of whether they [i.e., Planned Parenthood Federation of America members] are [affiliates of each other]." *See id.* at 4:58.

c.     Defendants' counsel could not say "what the timeline is for the agency" and had not "been given a timetable" with regard to its guidance for the Defund Provision but that the "agency is working on guidance that will be provided to the States." *See id.* at 34:54, 35:40, 1:20:40.

d.     According to Defendants' counsel, "there is some time lag built into this whole thing in terms of the states being the ones that provide the reimbursements to the providers with the federal funds that are provided." Defendants' counsel continued:  "That whole process can take some time, and so the question is going to be, and it may be the states that have to make a judgment in the first instance when they're deciding whether or not to provide funds that they're requesting federal reimbursement for to a Planned Parenthood affiliate."  HHS' counsel further stated that he could not "prejudge how the states are going to look at that or how ultimately the agency is going to look at that," noting that HHS "haven't [sic] yet issued guidance." *See id.* at 36:11.

e.     Defendants "couldn't even designate the class [of 'prohibited entities' under the Defund Provision] as of the time that this lawsuit was brought" because the prohibited entities "could only be determined as of October 1, almost three months after Congress enacted the law." *See id.* at 1:20:20.

2

f.     Defendants "have not had an opportunity to develop the record through discovery, for example to look at and ask for and get their bylaws and examine what degree of control the federation exercises over the members" to determine whether, in that litigation, Planned Parenthood Federation of America members are "affiliates" under the Defund Provision.  *See id.* at 1:21:23.

3.     Defendants' counsel also made the following statements, which bear on Plaintiff States' standing and irreparable harm arguments (*see* Doc. No. 76 at 7-11; *see also Massachusetts v. United States Dep't of Health & Hum. Servs.*, 923 F.3d 209, 222–225 (1st Cir. 2019); *New York v. Kennedy*, -- F.4th --, 2025 WL 2658233 (1st Cir., Sept. 17, 2025); *Doe v. Trump*, No. 25-1169, 2025 WL 2814730, at *33 (1st Cir. Oct. 3, 2025)):

a.     In response to a question from the panel about the Commonwealth of Massachusetts' efforts to supplement the Defund Provision's withdrawal of federal reimbursements to "prohibited entities," Defendants' counsel stated that such payment "could potentially moot Planned Parenthood's claim, maybe the State would have a claim."  *See id.* at 13:49.

b.     There was no indication in that record that "Massachusetts or any other state would fully make up the difference for the Planned Parenthood members in terms of what they were receiving from the state and what they're losing from the federal government."  *See id.* at 14:55.

4.      On November 12, 2025, Planned Parenthood Federation released a new report titled "The Harms of 'Defunding' Planned Parenthood," publicly available at https://www.plannedparenthood.org/uploads/filer_public/ab/cd/abcdeed1-3c3d-43f5-92ec-

0295e46b75fb/1025-defund-impact-report-english1.pdf.  The report explains that since the

Defund Provision was enacted, 20 Planned Parenthood health centers have been forced to close.

Date:  October 29, 2025                          Respectfully Submitted,

**ANDREA JOY CAMPBELL**                          **ROB BONTA**
Attorney General                                 Attorney General
Commonwealth of Massachusetts                    State of California

*/s/ Allyson Slater*                             */s/ Erica Connolly*
ALLYSON SLATER (BBO No. 704545)                  ERICA CONNOLLY*
*Director, Reproductive Justice Unit*            Deputy Attorney General
MORGAN CARMEN (BBO No. Pending)                  NELI PALMA*
*Assistant Attorney General*                     Senior Assistant Attorney General
Office of the Attorney General                   KARLI EISENBERG*
One Ashburton Place, 20th Floor                  Supervising Deputy Attorney General
Boston, MA 02108                                 GILLIAN HANNAHS*
(617) 963-2811                                   Deputy Attorney General
Allyson.slater@mass.gov                          600 W Broadway, Suite 1800
*Attorneys for Plaintiff Commonwealth of*        San Diego, CA 92104
*Massachusetts*                                  Erica.Connolly@doj.ca.gov
                                                 *Attorneys for Plaintiff State of California*

**LETITIA JAMES**                                **WILLIAM TONG**
Attorney General                                 Attorney General
State of New York                                State of Connecticut

*/s/ Galen Sherwin*                              */s/ Alma Nunley*
GALEN SHERWIN*                                   ALMA NUNLEY*
Special Counsel for Reproductive Justice         Special Counsel for Reproductive Rights
RABIA MUQADDAM*                                  JANELLE R. MEDEIROS*
Chief Counsel for Federal Initiatives            Special Counsel for Civil Rights
COLLEEN K. FAHERTY*                              165 Capitol Ave
Special Trial Counsel                            Hartford, CT 06106
IVAN NEVADO*                                     (860) 808-5020
Assistant Attorney General                       Alma.Nunley@ct.gov
28 Liberty Street                                Janelle.Medeiros@ct.gov
New York, NY 10005                               *Attorneys for Plaintiff State of Connecticut*
(212) 416-8059
Galen.Sherwin@ag.ny.gov;
*Attorneys for Plaintiff State of New York*

**KATHLEEN JENNINGS**
Attorney General
State of Delaware

By: /s/ *Vanessa L. Kassab*
VANESSA L. KASSAB*
Deputy Attorney General
IAN R. LISTON*
Director of Impact Litigation
JENNIFER KATE AARONSON*
Deputy Attorney General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
302-683-8803
Jennifer.Aaronson@delaware.gov
*Attorneys for Plaintiff State of Delaware*

**PHILIP J. WEISER**
Attorney General
State of Colorado

/s/ *Nora Q.E. Passamaneck*
NORA Q.E. PASSAMANECK*
Senior Assistant Attorney General
Colorado Department of Law
1300 Broadway, 10th Floor
Denver, CO 80203
Phone: (720) 508-6000
nora.passamaneck@coag.gov
*Attorneys for Plaintiff State of Colorado*

**BRIAN L. SCHWALB**
Attorney General
District of Columbia

/s/ *Nicole S. Hill*
NICOLE S. HILL*
Assistant Attorney General
Office of the Attorney General for the District
of Columbia
400 Sixth Street, NW
Washington, D.C. 20001
(202) 727-4171
nicole.hill@dc.gov
*Attorneys for Plaintiff District of Columbia*

**ANNE E. LOPEZ**
Attorney General
State of Hawaiʻi

/s/ *Kalikoʻonālani D. Fernandes*
KALIKOʻONĀLANI D. FERNANDES*
Solicitor General
DAVID D. DAY*
Special Assistant to the Attorney General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
kaliko.d.fernandes@hawaii.gov
*Attorneys for Plaintiff State of Hawaiʻi*

**KWAME RAOUL**
Attorney General
State of Illinois

*/s/ Caitlyn G. McEllis*
CAITLYN G. MCELLIS*
Senior Policy Counsel
ELIZABETH MORRIS*
Deputy Bureau Chief, Special Litigation
Bureau
SARAH J. GALLO*
Assistant Attorney General
Office of the Illinois Attorney General
115 S. Lasalle Street
Chicago, IL 60603
312-814-3000
Caitlyn.McEllis@ilag.gov
Elizabeth.Morris@ilag.gov
Sarah.Gallo@ilag.gov
*Attorneys for Plaintiff State of Illinois*

**ANTHONY G. BROWN**
Attorney General
State of Maryland

*/s/ James C. Luh*
JAMES C. LUH*
Senior Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
410-576-6411
jluh@oag.state.md.us
*Attorneys for Plaintiff State of Maryland*

**AARON M. FREY**
Attorney General
State of Maine

*/s/ Halliday Moncure*
HALLIDAY MONCURE*
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta, ME  04333-0006
Tel.: 207-626-8800
halliday.moncure@maine.gov
  *Attorneys for Plaintiff State of Maine*

**DANA NESSEL**
Attorney General
State of Michigan

*/s/ Kyla Barranco*
KYLA BARRANCO*
NEIL GIOVANATTI*
Assistant Attorneys General
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
BarrancoK@michigan.gov
GiovanattiN@michigan.gov
*Attorneys for Plaintiff State of Michigan*

**KEITH ELLISON**
Attorney General
State of Minnesota

*/s/ Katherine J. Bies*
KATHERINE J. BIES*
Special Counsel, Rule of Law
445 Minnesota Street, Suite 600
St. Paul, Minnesota, 55101
(651) 300-0917
Katherine.Bies@ag.state.mn.us
*Attorneys for Plaintiff State of Minnesota*


**RAÚL TORREZ**
Attorney General
State of New Mexico

*/s/  Amy Senier*
AMY SENIER*
Senior Counsel
New Mexico Department of Justice
P.O. Drawer 1508
Santa Fe, NM 87504-1508
(505) 490-4060
asenier@nmdoj.gov
*Attorneys for Plaintiff State of New Mexico*

**JEFF JACKSON**
Attorney General
State of North Carolina

*/s/ Marc D. Brunton*
MARC D. BRUNTON*
Assistant Deputy Attorney General
North Carolina Department of Justice
PO Box 629
Raleigh, NC 27602
(919) 716-0151
mbrunton@ncdoj.gov
*Attorneys for Plaintiff State of North Carolina*

**MATTHEW J. PLATKIN**
Attorney General
State of New Jersey

*/s/ Jessica L. Palmer*
JESSICA L. PALMER*
ELIZABETH R. WALSH*
Deputy Attorneys General
Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
(609) 696-5279
Jessica.Palmer@law.njoag.gov
Elizabeth.Walsh@law.njoag.gov
*Attorneys for Plaintiff State of New Jersey*


**AARON D. FORD**
Attorney General
State of Nevada

*/s/ Heidi Parry Stern*
HEIDI PARRY STERN* (Bar. No. 8873)
Solicitor General
Office of the Nevada Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
HStern@ag.nv.gov
*Attorneys for Plaintiff State of Nevada*

**DAN RAYFIELD**
Attorney General
State of Oregon

*/s/ Christina L. Beatty-Walters*
CHRISTINA L. BEATTY-WALTERS*
Senior Assistant Attorney General
KATE E. MORROW
Assistant Attorney General
100 SW Market Street
Portland, OR 97201
(971) 673-1880
Tina.BeattyWalters@doj.oregon.gov
Kate.E.Morrow@doj.oregon.gov
*Attorneys for Plaintiff State of Oregon*

**JOSH SHAPIRO,**
in his official capacity as Governor of the
Commonwealth of Pennsylvania

*/s/ Michael J. Fischer*
MICHAEL J. FISCHER⁑
Executive Deputy General Counsel
JENNIFER SELBER⁑
General Counsel
JONATHAN D. KOLTASH⁑
Deputy General Counsel for Healthcare
Pennsylvania Office of the Governor
30 N. 3rd St., Suite 200
Harrisburg, PA 17101
(717) 831-2847
mjfischer@pa.gov
*Attorneys for Plaintiff Governor Josh Shapiro*

**CHARITY R. CLARK**
Attorney General
State of Vermont

*/s/ Jonathan T. Rose*
JONATHAN T. ROSE*
Solicitor General
109 State Street
Montpelier, VT 05609
(802) 828-3171
jonathan.rose@vermont.gov
*Attorneys for Plaintiff State of Vermont*

**JOSHUA L. KAUL**
Attorney General
State of Wisconsin

*/s/ Faye B. Hipsman*
FAYE B. HIPSMAN*
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
608-264-9487
faye.hipsman@wisdoj.gov
*Attorneys for Plaintiff State of Wisconsin*

**PETER F. NERONHA**
Attorney General
State of Rhode Island

*/s/ Dorothea R. Lindquist*
DOROTHEA R. LINDQUIST*
(RI Bar No. 6661)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400, Ext. 2098
dlindquist@riag.ri.gov
*Attorneys for the Plaintiff State of Rhode Island*

**NICHOLAS W. BROWN**
Attorney General
State of Washington

*/s/ Lauryn K. Fraas*
LAURYN K. FRAAS* WSBA #53238
WILLIAM MCGINTY* WSBA #41868
Assistant Attorneys General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744
Lauryn.Fraas@atg.wa.gov
William.McGinty@atg.wa.gov
*Attorneys for Plaintiff State of Washington*

*Admitted Pro Hac Vice*

8

## <u>CERTIFICATE OF SERVICE</u>

I, Erica Connolly, certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

By: *<u>/s/ Erica Connolly</u>*
ERICA CONNOLLY*
*Deputy Attorney General*
California Department of Justice
600 W Broadway, Suite 1800
San Diego, CA 92104
Email: Gillian.Hannahs@doj.ca.gov

*Counsel for State of California*

SA2025303982
USDC District of Massachusetts (2 Party) no cover.docx