# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: State of California et al v. U.S. Department of Health and Human Services ( HHS) et al

District Court Number: 25cv12118-IT

Fee: Paid? Yes ____ No ____  Government filer _X_  In Forma Pauperis Yes ____ No ____

Motions Pending    Yes ____ No _X_   Sealed documents    Yes ____ No _X_
If yes, document # _____       If yes, document # _____

*Ex parte* documents    Yes ____ No _X_   Transcripts    Yes ____ No _X_
If yes, document # _____       If yes, document # _____

Notice of Appeal filed by: Plaintiff/Petitioner ____  Defendant/Respondent _X_  Other: ____

Appeal from:

#84 Memorandum and Order

Other information:

---

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#84 and #85

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # __85__ filed on _December 4, 2025_.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on _December 4, 2025_.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**