AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| State of California, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 25-cv-12118 |
| U.S. Department of Health and Human Services, et a | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the State of Wisconsin.

Date: 12/08/2025

s/Faye B. Hipsman
*Attorney's signature*

Faye Hipsman Wis. State Bar #1123933
*Printed name and bar number*

Wisconsin Department of Justice
Post Office Box 7857
Madison, WI  53707-7857
*Address*

faye.hipsman@wisdoj.gov
*E-mail address*

(608) 264-9487
*Telephone number*

(608) 294-2907
*FAX number*

## CERTIFICATE OF SERVICE

I certify that on December 8, 2025, I electronically filed the foregoing Appearance of Counsel with the clerk of court using the CM/ECF system, which will accomplish electronic notice and service for all participants who are registered CM/ECF users.

Dated this 8th day of December 2025.

                                      Electronically signed by:

                                      <u>s/Faye B. Hipsman</u>
                                      FAYE B. HIPSMAN
                                      Assistant Attorney General