IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

STATE OF CALIFORNIA, *et al.*,

*Plaintiffs*,

v.

U.S. DEPARTMENT OF HEALTH AND
HUMAN SERVICES, *et al.*,

*Defendants*.

No. 1:25-cv-12118-IT

**JOINT STATUS REPORT AND
JOINT MOTION TO STAY FURTHER DISTRICT COURT PROCEEDINGS PENDING
RESOLUTION OF APPEAL OF PRELIMINARY INJUNCTION**

Plaintiff States and Defendants jointly move the Court to stay further proceedings pending resolution of Defendants' appeal of this Court's December 2, 2025, memorandum opinion and order, ECF No. 84, to the U.S. Court of Appeals for the First Circuit. As grounds for this joint motion, the parties state as follows:

1. Plaintiffs filed the instant action on July 29, 2025, and completed service on August 14, 2025. *See* ECF No. 1.

2. On September 24, 2025, Plaintiffs moved for a Preliminary Injunction. ECF No. 60. This Court then entered a briefing schedule, which stayed Defendants' obligation to respond to the Complaint and ordered the parties to file a joint status report within 14 days of resolution of Plaintiffs' motion. ECF No. 66. Defendants filed their opposition to the preliminary injunction

1

on October 15.  ECF No. 73.

3. On December 2, 2025, this Court issued a memorandum opinion and order granting Plaintiffs' motion for a preliminary injunction.  ECF No. 84.

4. Defendants appealed, *see* ECF No. 85, and the First Circuit granted Defendants' request for an administrative stay of this Court's injunction while the appellate court considers whether to grant a stay pending appeal, *see* Order of Court, *California v. Dep't of Health & Hum. Servs.*, No. 25-2165 (1st Cir. Dec. 8, 2025).

5. Because the parties believe that the resolution of the preliminary-injunction appeal could provide clarity on next steps in the case, for efficiency, the parties ask this Court to stay further district court proceedings in this case pending resolution of the appeal in the First Circuit.

6. Good cause exists to grant this joint motion.

7. No party will be prejudiced by this joint motion.

WHEREFORE, the parties respectfully request that this Motion be allowed and that further district court proceedings be stayed pending resolution of Defendants' appeal of the preliminary injunction in the First Circuit.

Dated: December 16, 2025            Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division

ELIZABETH HEDGES
TIBERIUS DAVIS
Counsel to the Assistant Attorney General
Civil Division

MICHELLE R. BENNETT
Assistant Director
Federal Programs Branch

JACOB S. SILER
Trial Attorney
Federal Programs Branch

/s/   Elisabeth J. Neylan
ELISABETH J. NEYLAN
Trial Attorney (N.Y. Bar Reg. No. 6125736)
Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 616-3519
Elisabeth.J.Neylan@usdoj.gov

*Attorneys for Defendants*

**ANDREA JOY CAMPBELL**
Attorney General
Commonwealth of Massachusetts

*/s/ Allyson Slater*
ALLYSON SLATER (BBO No. 704545)
*Director, Reproductive Justice Unit*
MORGAN CARMEN (BBO No. Pending)
*Assistant Attorney General*
Office of the Attorney General
One Ashburton Place, 20th Floor
Boston, MA 02108
(617) 963-2811
Allyson.slater@mass.gov
*Attorneys for Plaintiff Commonwealth of Massachusetts*

**ROB BONTA**
Attorney General
State of California

*/s/ Erica Connolly*
ERICA CONNOLLY*
GILLIAN HANNAHS*
Deputy Attorneys General
NELI PALMA*
Senior Assistant Attorney General
KARLI EISENBERG*
Supervising Deputy Attorney General
1300 I Street
Sacramento, CA 95814
(916) 210-7755
Erica.Connolly@doj.ca.gov
*Attorneys for Plaintiff State of California*

| | |
|---|---|
| **LETITIA JAMES**<br>Attorney General<br>State of New York<br><br>/s/ *Galen Sherwin*<br>GALEN SHERWIN*<br>Special Counsel for Reproductive Justice<br>RABIA MUQADDAM*<br>Chief Counsel for Federal Initiatives<br>COLLEEN K. FAHERTY*<br>Special Trial Counsel<br>IVAN NEVADO*<br>Assistant Attorney General<br>28 Liberty Street<br>New York, NY 10005<br>(212) 416-8059<br>Galen.Sherwin@ag.ny.gov;<br>*Attorneys for Plaintiff State of New York* | **WILLIAM TONG**<br>Attorney General<br>State of Connecticut<br><br>/s/ *Alma Nunley*<br>ALMA NUNLEY*<br>Special Counsel for Reproductive Rights<br>JANELLE R. MEDEIROS*<br>Special Counsel for Civil Rights<br>165 Capitol Ave<br>Hartford, CT 06106<br>(860) 808-5020<br>Alma.Nunley@ct.gov<br>Janelle.Medeiros@ct.gov<br>*Attorneys for Plaintiff State of Connecticut* |
| **KATHLEEN JENNINGS**<br>Attorney General<br>State of Delaware<br><br>By: /s/ *Vanessa L. Kassab*<br>VANESSA L. KASSAB*<br>Deputy Attorney General<br>IAN R. LISTON*<br>Director of Impact Litigation<br>JENNIFER KATE AARONSON*<br>Deputy Attorney General<br>Delaware Department of Justice<br>820 N. French Street<br>Wilmington, DE 19801<br>302-683-8803<br>Jennifer.Aaronson@delaware.gov<br>*Attorneys for Plaintiff State of Delaware* | **PHILIP J. WEISER**<br>Attorney General<br>State of Colorado<br><br>/s/ *Nora Q.E. Passamaneck*<br>NORA Q.E. PASSAMANECK*<br>Senior Assistant Attorney General<br>Colorado Department of Law<br>1300 Broadway, 10th Floor<br>Denver, CO 80203<br>Phone: (720) 508-6000<br>nora.passamaneck@coag.gov<br>*Attorneys for Plaintiff State of Colorado* |

**BRIAN L. SCHWALB**
Attorney General
District of Columbia

*/s/ Nicole S. Hill*
NICOLE S. HILL*
Assistant Attorney General
Office of the Attorney General for the District of Columbia
400 Sixth Street, NW
Washington, D.C. 20001
(202) 727-4171
nicole.hill@dc.gov
*Attorneys for Plaintiff District of Columbia*

**ANNE E. LOPEZ**
Attorney General
State of Hawaiʻi

*/s/ Kalikoʻonālani D. Fernandes*
KALIKOʻONĀLANI D. FERNANDES*
Solicitor General
DAVID D. DAY*
Special Assistant to the Attorney General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
kaliko.d.fernandes@hawaii.gov
*Attorneys for Plaintiff State of Hawaiʻi*

**KWAME RAOUL**
Attorney General
State of Illinois

*/s/ Caitlyn G. McEllis*
CAITLYN G. MCELLIS*
Senior Policy Counsel
ELIZABETH MORRIS*
Deputy Bureau Chief, Special Litigation Bureau
SARAH J. GALLO*
Assistant Attorney General
Office of the Illinois Attorney General
115 S. Lasalle Street
Chicago, IL 60603
312-814-3000
Caitlyn.McEllis@ilag.gov
Elizabeth.Morris@ilag.gov
Sarah.Gallo@ilag.gov
*Attorneys for Plaintiff State of Illinois*

**AARON M. FREY**
Attorney General
State of Maine

*/s/ Halliday Moncure*
HALLIDAY MONCURE*
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta, ME  04333-0006
Tel.: 207-626-8800
halliday.moncure@maine.gov
  *Attorneys for Plaintiff State of Maine*

**ANTHONY G. BROWN**
Attorney General
State of Maryland

*/s/ James C. Luh*
JAMES C. LUH*
Senior Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
410-576-6411
jluh@oag.state.md.us
*Attorneys for Plaintiff State of Maryland*

**KEITH ELLISON**
Attorney General
State of Minnesota

*/s/ Katherine J. Bies*
KATHERINE J. BIES*
Special Counsel, Rule of Law
445 Minnesota Street, Suite 600
St. Paul, Minnesota, 55101
(651) 300-0917
Katherine.Bies@ag.state.mn.us
*Attorneys for Plaintiff State of Minnesota*

**RAÚL TORREZ**
Attorney General
State of New Mexico

*/s/ Amy Senier*
AMY SENIER
Senior Counsel
New Mexico Department of Justice
P.O. Drawer 1508
Santa Fe, NM 87504-1508
(505) 490-4060
asenier@nmdoj.gov
*Attorneys for Plaintiff State of New Mexico*

**DANA NESSEL**
Attorney General
State of Michigan

*/s/ Kyla Barranco*
KYLA BARRANCO*
NEIL GIOVANATTI*
Assistant Attorneys General
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
BarrancoK@michigan.gov
GiovanattiN@michigan.gov
*Attorneys for Plaintiff State of Michigan*

**MATTHEW J. PLATKIN**
Attorney General
State of New Jersey

*/s/ Jessica L. Palmer*
JESSICA L. PALMER*
ELIZABETH R. WALSH*
Deputy Attorneys General
Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
(609) 696-5279
Jessica.Palmer@law.njoag.gov
Elizabeth.Walsh@law.njoag.gov
*Attorneys for Plaintiff State of New Jersey*

**AARON D. FORD**
Attorney General
State of Nevada

*/s/ Heidi Parry Stern*
HEIDI PARRY STERN* (Bar. No. 8873)
Solicitor General
Office of the Nevada Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
HStern@ag.nv.gov
*Attorneys for Plaintiff State of Nevada*

| | |
|---|---|
| **JEFF JACKSON**<br>Attorney General<br>State of North Carolina<br><br>*/s/ Marc D. Brunton*<br>MARC D. BRUNTON*<br>Assistant Deputy Attorney General<br>North Carolina Department of Justice<br>PO Box 629<br>Raleigh, NC 27602<br>(919) 716-0151<br>mbrunton@ncdoj.gov<br>*Attorneys for Plaintiff State of North Carolina* | **DAN RAYFIELD**<br>Attorney General<br>State of Oregon<br><br>*/s/ Christina L. Beatty-Walters*<br>CHRISTINA L. BEATTY-WALTERS*<br>Senior Assistant Attorney General<br>KATE E. MORROW<br>Assistant Attorney General<br>100 SW Market Street<br>Portland, OR 97201<br>(971) 673-1880<br>Tina.BeattyWalters@doj.oregon.gov<br>Kate.E.Morrow@doj.oregon.gov<br>*Attorneys for Plaintiff State of Oregon* |
| **JOSH SHAPIRO,**<br>in his official capacity as Governor of the Commonwealth of Pennsylvania<br><br>*/s/ Michael J. Fischer*<br>MICHAEL J. FISCHER⁑<br>Executive Deputy General Counsel<br>JENNIFER SELBER⁑<br>General Counsel<br>JONATHAN D. KOLTASH⁑<br>Deputy General Counsel for Healthcare<br>Pennsylvania Office of the Governor<br>30 N. 3rd St., Suite 200<br>Harrisburg, PA 17101<br>(717) 831-2847<br>mjfischer@pa.gov<br>*Attorneys for Plaintiff Governor Josh Shapiro* | **PETER F. NERONHA**<br>Attorney General<br>State of Rhode Island<br><br>*/s/ Dorothea R. Lindquist*<br>DOROTHEA R. LINDQUIST*<br>(RI Bar No. 6661)<br>Special Assistant Attorney General<br>150 South Main Street<br>Providence, RI 02903<br>(401) 274-4400, Ext. 2098<br>dlindquist@riag.ri.gov<br>*Attorneys for the Plaintiff State of Rhode Island* |

| | |
|---|---|
| **CHARITY R. CLARK**<br>Attorney General<br>State of Vermont<br><br>*/s/ Jonathan T. Rose*<br>JONATHAN T. ROSE*<br>Solicitor General<br>109 State Street<br>Montpelier, VT 05609<br>(802) 828-3171<br>jonathan.rose@vermont.gov<br>*Attorneys for Plaintiff State of Vermont* | **NICHOLAS W. BROWN**<br>Attorney General<br>State of Washington<br><br>*/s/ Lauryn K. Fraas*<br>LAURYN K. FRAAS* WSBA #53238<br>WILLIAM MCGINTY* WSBA #41868<br>Assistant Attorneys General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104-3188<br>(206) 464-7744<br>Lauryn.Fraas@atg.wa.gov<br>William.McGinty@atg.wa.gov<br>*Attorneys for Plaintiff State of Washington* |

**JOSHUA L. KAUL**
Attorney General
State of Wisconsin

*/s/ Faye B. Hipsman*
FAYE B. HIPSMAN*
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
608-264-9487
faye.hipsman@wisdoj.gov
*Attorneys for Plaintiff State of Wisconsin*

*Admitted Pro Hac Vice
‡ Application for pro hac vice admission forthcoming

**LOCAL RULE 7.1 CERTIFICATE**

Undersigned counsel certifies that counsel have conferred regarding this motion and that it is made jointly with the assent of all parties as reflected above.

*/s/ Elisabeth J. Neylan*
Elisabeth J. Neylan
Trial Attorney
United States Department of Justice

**CERTIFICATE OF SERVICE**

I hereby certify that on December 16, 2025, the foregoing pleading was filed electronically through the CM/ECF system, which causes all parties or counsel to be served by electronic means as more fully reflected on the Notice of Electronic Filing.

/s/ Elisabeth J. Neylan
Elisabeth J. Neylan
Trial Attorney
United States Department of Justice